FEE PAID

FILED
CLERK, U.S. DISTRICT COURT

12/20/23

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CS___ DEPUTY

TODD MICHAEL SCHULTZ
818 N DOHENY DR. #1108
WEST HOLLYWOOD, CA 90069
310-435-5847
TODDSCHULTZ86@GMAIL.COM
In Pro Per

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

PLAINTIFF

TODD MICHAEL SCHULTZ

vs.

DEFENDANTS

SUPERIOR COURT OF
LOS ANGELES

JANE DOE

JOHN DOE

JUDGE MICHAEL E. WHITAKER

CV23-10715-HDV(DTB)

COMPLAINT FOR
DAMAGES AND PRAYER
FOR RELIEF

## INTRODUCTION

1) Plaintiff, in Pro Per, Todd Michael Schultz is suing the Central Division of Los Angeles Superior Court for what amounts to a blatant conspiracy to obstruct justice. There are at minimum two defendants, Jane Doe and John Doe, who I can verify commited a conspiracy to not file motions that were given to them. "I'll put this in his mailbox," Jane Doe, the clerk in room 300 at Beverly Hills Courthouse. I asked, "Does that mean he'll file it?"

1

Complaint For Damages and Prayer For Relief

She replied rudely for lack of better term, "I don't know." This did not make sense to me at the time and after a hearing on December 14th at 8:30 on Case No. 23SMCV05033, Judge Whitaker claimed he had never received the motions. I have experienced several, upwards of 5 rejections that seemed to lack substantive issue. Additionally, a Writ of Mandate petition I filed, which asked in and of itself for a STAY on proceedings, a new Judge and a ruling, Dept. 207 at Beverly Hills Courthouse held onto the document for a full week before rejecting it, while accepting a Motion to Oppose Quash which I eFiled after the Petition for Writ of Mandate. They simply ignored it for a week.

2) The blatant conspiracy conducted by Jane Doe who was at room 300 at around 4 pm on Friday December 8th, 2023 and John Doe, whom she consulted with, and was sitting at a cubicle no more than 20 feet away from me. They whispered something I could not discern. After that brief conference, held in silence she'd put it in Judge Whitaker's mailbox, it's unreasonable not to make the assumption that this was a conspiracy to commit obstruction of justice which may be filed civilly under 42 USC 1983 and is a violation of the Fifth Amendement of the Constitution of The United States of America for due process.

## VENUE

3) Both Federal and State courts have jurisdiction over this issue, but due to a potential conflict of interest, plaintiff believes that the Central District of Los Angeles - Central District is the best location for all parties to have due process.

## JURISIDICTION

4) Due to the violation of the 5th Amendment, a civil right, a constitutional right was violated, thus giving jurisdiction to the Federal District Court.

Complaint For Damages and Prayer For Relief

PARTIES

4) Plaintiff, in Pro Per, Todd Michael Schultz is a resident of California and filed a State Superior Court Lawsuit on October 25th 2023. to me at the time and after a hearing on December 14th at 8:30 on Case No. 23SMCV05033.

5) Department 207 consists of Jane Doe, John Doe and Judge Michael E. Whitaker to the best of my knowledge. There may be more parties with liability.

6) The County of Los Angeles is also a defendant due to their reckless negligence in allowing for such a blatant scheme, which has been iterated and reiterated many times on The Robing Room website (robingroom.com). Judge Whitaker and his clerks have received very negative reviews and this behavior was confirmed by the following events, which denied plaintiff due process for an issue of substantial justice.

## SUMMARY OF EVENTS

7) On December 8th, 2023, a Friday afternoon, I walked from my house in West Hollywood to the Beverly Hills Courthouse. At around 4 PM, I delivered a Motion for Preemptory Challenge of Judge Whitaker in respect to case 23SMCV05033.

8) It had been rejected via eFile with the message, "You must come into the courthouse to file a Preemptory Challenge." Prior, an LACIV-015 was rejected as well - stating that it must be filed in the courthouse. I was nervous to deliver it to the courthouse because I was unaware of filing procedure at Beverly Hills Courthouse. This lack of information is likely not a coincidence.

9) After stopping by Courtroom 207, which was closed for a trial, I entered suite 300, the adminstrative office where Jane Doe was standing behind the civil division window, I provided her with two documents:

3

Complaint For Damages and Prayer For Relief

a) A Preemptory Challenge to Judge Whitaker overseeing my case.

b) A Declaration of support for the aforementioned motion.

10) I asked the Clerk if she could file it. She told me I had to go into the courtroom. I told her there was a trial going on and could I file it with her, the Clerk? She did not say "No", but she did not say "Yes". She stated "I don't know".

11) She reviewed the documents briefly and she took it back to be reviewed by a colleague, defendant John Doe at a cubicle in the offices of room 300 at the Beverly Hills Courthouse.

12) There was a trial going on in court 207, nor did it feel appropriate to hand a motion for preemptory challenge directly to the judge. To my knowledge, a Clerk is at the very least supposed to know how things are filed and when or not they will be, but likely more tasked with actual filing duties.

14) At a hearing on December 14th, scheduled at 8:30 AM, I asked Judge Whitaker if he had received the motion. He stated "no".

15) Prior to what amounted to the most egregious and visible misconduct during the preliminary trial, Dept 207 held on to a Petition for Writ of Mandate requesting a new judge, a Stay and an accomodation that had been exhausted by other measures for one full work week.

16) I eFiled said Petition the day before Thanksgiving on the Rapid Legal's eFile system and the next day, I filed a Motion for Opposition To Quash, a necessary move, knowing that I could not count on avoiding, even with an hypothetical positive ruling from the Supreme Court of California.

17) I received the accepted Motion for Opposition to Quash on Monday, November 27th, 2023 and I received a rejected Petition for Writ of Mandate on Friday Dec 8th, 2023.

18) I called Dept. 207 of the Beverly Hills Courthouse the day after the hearing (December 15th, 2023) asking for the minute order and was told by a woman with a scratchy voice - likely some sort of flu like illness - it would be out sometime that day. I called again at around 4 pm and was told it would not be ready by the end of day, Dec. 15th, 2023.

20) The hearing on Decemeber 14th exposes the corruption outright when it was discovered that Judge Whitaker did not receive either of these documents - two of which were said to be placed in his mailbox a week prior to the hearing, by his own clerk, no less. That, or he *did* receive the documents, and lied on the bench. I cannot discern without further discovery. Ostensibly, there is likely a conspiracy to Obstruct Justice and violate the 5th Amendment for due process going in Department 207, at the very least.

21) Bribery should be inquired into on my behalf so that I may obtain maximum remedy. Other abuses of power should be considered, too, as this was clearly an abuse of power, and truly, likely, an ongoing (throughout my case) abuse of power. A true conspiracy at the Beverly Hills Courthouse.

## FEDERAL VIOLATIONS

22) Petitioners may sue for relief under Fed 1983, and 42 USC 1983. This was overtly obstruction of my legal due process, a federal, consitituationally honored right - and under the color of the law: a clerk, an employee and a Judge.

23) The audacity of this behavior is highly concerning and it must further be codified into law that this type of behavior deprives individuals and victims of their constitutional right to due process, and cannot be a standard. I was deprived of my 5th amendment right to due process.

# PRAYER FOR RELIEF

24) All members of the clerk and lower staff should be ordered to pay $20,000 in punitive damages and an equivalent amount for infliction of emotional distress.

25) Judge Whitaker should be removed from the case immediately, and be ordered to pay $50,000 or more in punitive damages, and equivalent in emotional distress.

26) The county should be ordered to pay all my legal fees for case SMCV05033 and pay $50,000 in emotion distress damages. This lawsuit is millions of dollars in damages - Rudy Giuliani, former mayor of New York received a 148 million dollar settlement for defamation on two non-famous election workers, so such a valuation is astute and correct. The penalties must reflect the value of what is a viable lawsuit with personal jurisdiction.

27) Provided the court can, it should compel the State Superior Court to audit the Courthouse's conduct immediately, without delay, and they should pay any costs incurred by an independent third party auditor.

I state the above under
poalty of perjury.

Dated: December 18th, 2023          Signed by Todd Michael Schultz

                                     In Pro Per