**NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER**

Todd Michael Schultz in Pro Per
818 N. Doheny Dr #1108
West Hollywood, CA 90069

**ATTORNEY(S) FOR:**

FILED
CLERK, U.S. DISTRICT COURT
12/20/23
CENTRAL DISTRICT OF CALIFORNIA
BY: CS  DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Todd Michael Schultz
Plaintiff(s),
v.
Los Angeles Superior Court
Jane Doe
John Doe
Hon. Michael E. Whitaker
Defendant(s)

**CASE NUMBER:** CV23-10715-HDV(DTB)

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**
(Local Rule 7.1-1)

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Todd Michael Schultz or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Los Angeles Superior Court | Defendant |
| Jane Doe | Defendant |
| John Doe | Defendant |
| Todd Michael Schultz | Plaintiff |

12/17/23
Date

Signature

Attorney of record for (or name of party appearing in pro per):
Todd Michael Schultz

CV-30 (05/13)   NOTICE OF INTERESTED PARTIES