**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

Todd Michael Schultz

PLAINTIFF(S)

v.

Superior Court of Los Angeles, et al.

DEFENDANT(S).

CASE NUMBER:

2:23-cv-10715-HDV-DTB

**NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT**

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

| 12/28/2023 | N/A | Summons |
|---|---|---|
| Date Filed | Document No. | Title of Document |

**DOCKETING AND FORMATTING ERRORS:**

☐ Local Rule 11-3.8 title page is missing, incomplete, or incorrect
☐ Document lacks required signature
☐ Document linked incorrectly to the wrong document/docket entry
☐ Document submitted in the wrong case
☐ Incorrect document is attached to the docket entry
☐ Incorrect event selected. Correct event to be used is _____
☐ Proposed document was not submitted or was not submitted as a separate attachment
☐ Other: _____

**MOTION-RELATED ERRORS:**

☐ Local Rule 7-3 compliance statement missing
☐ Local Rules 7-9, 7-10 opposition or reply papers untimely
☐ Hearing information is missing, incorrect, or untimely
☐ Local Rule 11-6 Memorandum exceeds 25 pages
☐ Other: _____

**OTHER ERRORS:**

☐ Local Rule 83-2.5 no letters to the Judge
☐ Fed. R. Civ. P. 5 no proof of service attached
☐ Local Rule 7-1.1 no notice of interested parties
☑ Other: The caption of the summons must match the caption of the complaint verbatim. The summons must have Defedant's contact information in the section that begins, "To: (Defedant's name and address)," exactly as named on the title page of the Complaint. The summons cannot be issued until is corrected.

Note: In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: 12/28/23     By: Erick_Estrada@cacd.uscourts.gov
                        Deputy Clerk

cc: Assigned District Judge and/or Magistrate Judge

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.

G-112A (08/22)     NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT