# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Todd Michael Schultz, | CASE NUMBER |
| --- | --- |
| PLAINTIFF(S) | CV23-10715-JAK (DTB) |
| v. | |
| Superior Court of Los Angeles, et al, | **ORDER RE APPLICATION FOR PERMISSION FOR ELECTRONIC FILING** |
| DEFENDANT(S) | |

IT IS ORDERED that the Application for Permission for Electronic Filing by  plaintiff Todd Michael Schultz  is hereby:

[✓] **GRANTED**

   Pursuant to Local Rule 5-4.1.1, the applicant must register to use the Court's CM/ECF System within five (5) days of being served with this order. Registration information is available at the Pro Se Litigant E-Filing web page located on the Court's website. Upon registering, the applicant will receive a CM/ECF login and password that will allow him/her to file non-sealed documents electronically in this case only. Any documents being submitted under seal must be manually filed with the Clerk.

Dated: January 9, 2024

_[signature]_
United States ~~District~~ Magistrate Judge

---

[ ] **DENIED**

*Comments:*

Dated: _____

United States District/Magistrate Judge

CV-05 Order (12/15)     ORDER RE APPLICATION FOR PERMISSION FOR ELECTRONIC CASE FILING