TODD MICHAEL SCHULTZ
818 N DOHENY DR. #1108
WEST HOLLYWOOD, CA 90069
310-435-5847
TODDSCHULTZ86@GMAIL.COM
In Pro Per

DISTRICT COURT OF CALIFORNIA
COUNTY OF LOS ANGELES

PLAINTIFF

TODD MICHAEL SCHULTZ

vs.

DEFENDANTS

LA SUPERIOR COURT
JANE DOE
JOHN DOE
HON. MICHAEL E WHITAKER

2:23-cv-10715-JAK-DTB

EX-PARTE REQUEST TO DETERMINE MATTER OF LAW - JUDGE MICHAEL E. WHITAKER IN VIOLATION OF CCP 170.6

INTRODUCTION

1) Defendant Michael E. Whitaker violated the CCP 170.6, which states "A party to, or an attorney appearing in, an action or proceeding may establish this prejudice by an oral or written motion without prior notice supported by affidavit or declaration under penalty of perjury, or an oral statement under oath, that the judge, court commissioner, or referee before whom the action or proceeding is pending, or to whom it is assigned, is prejudiced against a party or attorney, or the interest of the party or attorney, so that the party or attorney cannot, or believes that he or she cannot, have a fair and impartial trial or hearing before the judge, court commissioner, or referee.

2) Exhibit A attached is a declaration I filed on 11 11 2 stating that I believed Whitaker to be bias and that I believed he was unable to oversee the case 2 SMCV050 , without bias. This should have been the trigger for a recusal by Whitaker. Not only did Whitaker not recuse, he went on to conduct a hearing on December 1 th, in which he issued a tentative ruling. No such hearing should have occured with Whitaker presiding. His clerks also denied my efilings of Preempertory Challenge, claiming I had to file them at the courthouse. When I brought the motion to the courthouse on Decemeber th, at least 5 days prior to the hearing on the 1 th, his Clerk, Defendant Jane Doe conspired with another court employee, and claimed she would put it in his mailbox. On the 1 th, Whitaker denied ever receiving the motions. This trial was rigged, simply put, and I was conned out of substantial justice in a matter of substantial conse uence. Dept 207 at everly Hills Courthouse committed a series of obstructions of due process beginning with Exhibit A and a willful and obstinate refusal to recuse. There were several document rejections that indicate this was an organi ed and blatant attempt to obstruct justice.

Dated 1 10 2 Signed by Todd Michael Schult in Pro Per

# EXHIBIT A

MC-030

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
| --- | --- |
| Todd Michael Schultz<br>818 N Doheny Dr. #1108<br>West Hollywood, CA 90069<br>TELEPHONE NO.: 310-435-5847 FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional): toddschultz86@gmail.com<br>ATTORNEY FOR (Name): in Pro Per | Electronically FILED by Superior Court of California, County of Los Angeles 11/13/2023 12:00 AM David W. Slayton, Executive Officer/Clerk of Court, By K. Scurlock, Deputy Clerk |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF<br>STREET ADDRESS: 1725 Main St.<br>MAILING ADDRESS: 1725 Main St.<br>CITY AND ZIP CODE: Santa Monica 90401<br>BRANCH NAME: West District; Santa Monica Courthouse | |
| PLAINTIFF/PETITIONER: Todd Michael Schultz<br>DEFENDANT/RESPONDENT: Michael Thompson; et al | |
| DECLARATION | CASE NUMBER: 23SMCV05033 |

I filed an NORC - notice of related case - for the ongoing 23SMCV05033 under the Honorable Michael Whitaker. I told Mr. Tucker, YouTube's lawyer, and Mr. Hurwitz, Thompson and Holmes' lawyers in an email on 10/26/23. I filed an ex parte application for electronic service shortly after due to my needs as a pro se litigant with ADHD, a condition recognized by the ADA which is very difficult to maintain the tedium that is associated with court laws and rules.

When I saw the Honorable Michael Whitaker, I didn't see him, actually, he didn't come out to speak to me. He judged, perhaps incorrectly and without all of the information, which he would have easily had had he spoken to me for just a few minutes.

My rights are violated by the order to cancel the NORC and to claim this is not a related case. Per fact, I refiled within the District Court's within the allotted 30 day stay.

ADHD is considered a disability under the Americans with Disabilities Act (ADA) and the Rehabilitation Act of 1973 (Section 504). I have repeatedly mentioned my ADHD throughout the case, and I am diagnosed.

The durress of the injuries, being a first time pro se litigant, and ADHD combined, as well as a malicious prosecutor, Mr. Tucker, who violated rule 11 4 when he claimed that YouTube does not condone harassment or cyberbullying. They in fact, do. It's easily provable and I provided Mr. Tucker with a lot of evidence. I believe Judge Whitaker is bias in this case. I do not feel comfortable with him presiding.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 11/11/23

Todd Michael Schultz
(TYPE OR PRINT NAME)

[signature]
(SIGNATURE OF DECLARANT)

☐ Attorney for ☑ Plaintiff ☐ Petitioner ☐ Defendant
☐ Respondent ☐ Other (Specify):