**RLD Services**
2063 S Atlantic Blvd Ste 2M
Monterey Park, CA 91754
Phone 626 375 2084

Job: 10231432 Due: _____
Party to Serve: Beverly Hills Courthouse; Jane Doe; John Doe
Server: Robert Diaz Fee: _____

Client: Todd Michael Schultz Phone: 310-435-5847

| | |
|---|---|
| Case | CV23-10715-HDV(DTB) |
| Court | |
| Plaintiff | Todd Michael Schultz |
| Defendant | Los Angeles Superior Court of California; Jane Doe; John Doe; Judge Michael E Whitaker |
| Documents | Summons, Civil Cover Sheet, Notice of Interested Parties, Request to Proceed In Forma Pauperis With Declaration In Support, Complaint for Damages |
| Instructions | |

Address
9355 Burton Way Dept 300, Beverly Hills, CA 90210

Address
111 North Hill Street, Los Angeles, CA 90012

Beverly Hills Courthouse; Jane Doe; John Doe

Date & Time:

Description of Service / Recipient:

1/11/24 2:27 PM
By Robert Diaz served
Patrice Clerk, she
throw Docs out I put them
Back she closed the window
Served at 111 N Hill ST LA
Desk

Age: ____ Gender: ____ Ethnicity: ____ Weight: ____
Height: ____ Hair: ____ Eyes: ____ Relationship: ____



