**RLD Services**
2063 S Atlantic Blvd Ste 2M
Monterey Park, CA 91754
Phone 626 375 2084

Job: 10231435   Due:
Party to Serve: Beverly Hills Courthouse; Jane Doe; John Doe
Server: Robert Diaz   Fee:

Client: Todd Michael Schultz   Phone: 310-435-5847

| Case | CV23-10715-HDV(DTB) | Plaintiff | Todd Michael Schultz |
|---|---|---|---|
| Court | | Defendant | Los Angeles Superior Court of California; Jane Doe; John Doe; Judge Michael E Whitaker |
| Documents | Summons, Civil Cover Sheet, Notice of Interested Parties, Request to Proceed In Forma Pauperis With Declaration In Support, Complaint for Damages | | |
| Instructions | | | |

Address
9355 Burton Way Dept 300, Beverly Hills, CA 90210

Beverly Hills Courthouse; Jane Doe; John Doe

Address
111 North Hill Street, Los Angeles, CA 90012

Date & Time:    Description of Service / Recipient:

1/11/24  3:28 PM
By Robert Diaz
Served Clerk on 3rd floor
Dep 300
Jane Doe
AA-Female, 50's 5'-6"
230 LBS Blk Hair Brw eyes

Age:    Gender:    Ethnicity:    Weight:
Height:    Hair:    Eyes:    Relationship:



