# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Todd Michael Schultz | CASE NUMBER |
| PLAINTIFF(S) | 2:23-cv-10715-JAK-DTB |
| v. | |
| Superior Court of Los Angeles et al | **ORDER STRIKING FILED DOCUMENTS FROM THE RECORD** |
| DEFENDANT(S). | |

WHEREAS, the documents listed below are deficient for the following reason(s):
Improper service

IT IS HEREBY ORDERED that the documents shall be stricken from the record and shall not be considered by the Court:

| **Document Entitled** | **Filed** |
|---|---|
| NOTICE AND ACKNOWLEDGMENT OF SERVICE Dkt #15 | 1/11/2024 |
| NOTICE AND ACKNOWLEDGMENT OF SERVICE Dkt #16 | 1/11/2024 |

IT IS FURTHER ORDERED that the documents shall not be returned to the filing party; however, the Clerk shall note on the case docket that the documents are stricken from the record.

1/12/2024

Date

_United States Magistrate Judge_

CV-80 (12/22)    **ORDER STRIKING FILED DOCUMENTS FROM THE RECORD**