POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Todd Michael Schultz<br>818 N Doheny Dr #1108<br>West Hollywood, Ca 90069<br><br>TELEPHONE NO:  310-435-5847          FAX NO *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:  toddschultz86@gmail.com<br>ATTORNEY FOR *(Name)*:  In ProPer | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF   Los Angeles
STREET ADDRESS:   111 N Hill St
MAILING ADDRESS:   Same
CITY AND ZIP CODE:   Los Angeles 90012
BRANCH NAME:   Stanley Mosk Courthouse

| PLAINTIFF / PETITIONER:   Todd Michael Schultz<br>DEFENDANT / RESPONDENT:   Los Angeles Superior Court of California; Jane Doe; John Doe; Judge Michael E Whitaker | CASE NUMBER:<br>CV23-10715-HDV(DTB) |
|---|---|
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>10231432 |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☐ summons
   b. ☐ complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ☒ other *(specify documents)*:   Proof of Service-Acknowledgement of Service; Ex-Parte Request to Determine Matter of Law-Judge Michael E Whitaker In Violation of CCP 170.6, Exhibits
3. a.  Party served *(specify name of party as shown on documents served)*:
      LA Superior Court
   b. ☒ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
      Patrice, Clerk at LA Superior Court
4. Address where the party was served:
   111 North Hill Street, Los Angeles, CA 90012
5. I served the party *(check proper box)*
   a. ☒ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*:   Thu, Jan 11 2024          (2) at *(time)*:   02:27 PM
   b. ☐ **by substituted service.** On *(date)*:                    at *(time)*:                    I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

   (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
   (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:                    or ☐ a declaration of mailing is attached.
      from *(city)*:
   (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

| PLAINTIFF / PETITIONER: Todd Michael Schultz | CASE NUMBER: |
|---|---|
| DEFENDANT / RESPONDENT: Los Angeles Superior Court of California; Jane Doe; John Doe; Judge Michael E Whitaker | CV23-10715-HDV(DTB) |

5.  c.  ☐  **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,
    (1)  on *(date)*:               (2)  from *(city)*:
    (3)  ☐  with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgment of Receipt.)* (Code Civ. Proc., § 415.30.)
    (4)  ☐  to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

    d.  ☐  **by other means** *(specify means of service and authorizing code section)*:

    ☐  Additional page describing service is attached.

6.  The "Notice to the Person Served" (on the summons) was completed as follows:
    a.  ☐  as an individual defendant.
    b.  ☐  as the person sued under the fictitious name of *(specify)*:
    c.  ☐  as occupant.
    d.  ☒  On behalf of *(specify)*:    LA Superior Court
        under the following Code of Civil Procedure section:

| | |
|---|---|
| ☐  416.10 (corporation) | ☐  415.95 (business organization, form unknown) |
| ☐  416.20 (defunct corporation) | ☐  416.60 (minor) |
| ☐  416.30 (joint stock company/association) | ☐  416.70 (ward or conservatee) |
| ☐  416.40 (association or partnership) | ☐  416.90 (authorized person) |
| ☒  416.50 (public entity) | ☐  415.46 (occupant) |
| ☐  other: | |

7.  **Person who served papers**
    a.  Name:       Robert Diaz
    b.  Address:    2063 S Atlantic Blvd Ste 2M, Monterey Park, CA 91754
    c.  Telephone number:    626 375 5246
    d.  **The fee** for service was:    $100.00
    e.  I am:
        (1)  ☐  not a registered California process server.
        (2)  ☐  exempt from registration under Business and Professions Code section 22350(b).
        (3)  ☒  a registered California process server:
            (i)  ☐ owner  ☐ employee  ☒ independent contractor
            (ii)  Registration No:    5681
            (iii)  County:    Los Angeles

8.  ☒  **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
    or
9.  ☐  **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date:   01/12/2024

Robert Diaz
_____
(NAME OF PERSON WHO SERVED PAPERS / SHERIFF OR MARSHAL)

_____
(SIGNATURE)