POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: <br> Todd Michael Schultz <br> 818 N Doheny Dr #1108 <br> West Hollywood, Ca 90069 <br><br> TELEPHONE NO: 310-435-5847    FAX NO *(Optional)*: <br> E-MAIL ADDRESS *(Optional)*: toddschultz86@gmail.com <br> ATTORNEY FOR *(Name)*: In Pro Per | FOR COURT USE ONLY |
|---|---|
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Los Angeles <br> STREET ADDRESS: 111 N Hill St <br> MAILING ADDRESS: Same <br> CITY AND ZIP CODE: Los Angeles 90012 <br> BRANCH NAME: Stanley Mosk Courthouse | |
| PLAINTIFF / PETITIONER: Todd Michael Schultz <br> DEFENDANT / RESPONDENT: Los Angeles Superior Court of California; Jane Doe; John Doe; Judge Michael E Whitaker | CASE NUMBER: <br> CV23-10715-HDV(DTB) |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: <br> 10231435 |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☐ summons
   b. ☐ complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ☒ other *(specify documents)*:  Proof of Service-Acknowledgement of Service; Ex-Parte Request to Determine Matter of Law-Judge Michael E Whitaker In Violation of CCP 170.6, Exhibits
3. a. Party served *(specify name of party as shown on documents served)*: <br>   Beverly Hills Courthouse
   b. ☒ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*: <br>   Jane Doe, Dept 300 Clerk
4. Address where the party was served: <br>   9355 Burton Way Dept 300, Beverly Hills, CA 90210
5. I served the party *(check proper box)*
   a. ☒ **by personal service**. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: Thu, Jan 11 2024    (2) at *(time)*: 03:28 PM
   b. ☐ **by substituted service**. On *(date)*:    at *(time)*:    I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:
      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*: <br>      from *(city)*:    or ☐ a declaration of mailing is attached.
      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

| | |
|---|---|
| PLAINTIFF / PETITIONER: Todd Michael Schultz <br> DEFENDANT / RESPONDENT: Los Angeles Superior Court of California; Jane Doe; John Doe; Judge Michael E Whitaker | CASE NUMBER: <br> CV23-10715-HDV(DTB) |

5.    c.    [ ] **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,
   - (1) on *(date)*:
   - (2) from *(city)*:
   - (3) [ ] with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30.)
   - (4) [ ] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)
   
   d.    [ ] **by other means** *(specify means of service and authorizing code section)*:
   
   [ ] Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   - a. [ ] as an individual defendant.
   - b. [ ] as the person sued under the fictitious name of *(specify)*:
   - c. [ ] as occupant.
   - d. [X] On behalf of *(specify)*: Beverly Hills Courthouse
     under the following Code of Civil Procedure section:
     - [ ] 416.10 (corporation)      [ ] 415.95 (business organization, form unknown)
     - [ ] 416.20 (defunct corporation)      [ ] 416.60 (minor)
     - [ ] 416.30 (joint stock company/association)      [ ] 416.70 (ward or conservatee)
     - [ ] 416.40 (association or partnership)      [ ] 416.90 (authorized person)
     - [X] 416.50 (public entity)      [ ] 415.46 (occupant)
     - [ ] other:

7. **Person who served papers**
   - a. Name: Robert Diaz
   - b. Address: 2063 S Atlantic Blvd Ste 2M, Monterey Park, CA 91754
   - c. Telephone number: 626 375 5246
   - d. **The fee** for service was: $100.00
   - e. I am:
     - (1) [ ] not a registered California process server.
     - (2) [ ] exempt from registration under Business and Professions Code section 22350(b).
     - (3) [X] a registered California process server:
       - (i) [ ] owner [ ] employee [X] independent contractor
       - (ii) Registration No: 5681
       - (iii) County: Los Angeles

8. [X] **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   
   or

9. [ ] **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: 01/12/2024

Robert Diaz

(NAME OF PERSON WHO SERVED PAPERS / SHERIFF OR MARSHAL)      *(signature)*      (SIGNATURE)