POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>Todd Michael Schultz<br>818 N Doheny Dr #1108<br>West Hollywood, Ca 90069<br><br>TELEPHONE NO: 310-435-5847   FAX NO *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*: toddschultz86@gmail.com<br>ATTORNEY FOR *(Name)*: In Pro Per | FOR COURT USE ONLY |
|---|---|
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Los Angeles<br>STREET ADDRESS: 111 N Hill St<br>MAILING ADDRESS: Same<br>CITY AND ZIP CODE: Los Angeles, 90012<br>BRANCH NAME: Stanley Mosk Courthouse | |
| PLAINTIFF / PETITIONER: Todd Michael Schultz<br>DEFENDANT / RESPONDENT: Los Angeles Superior Court of California; Jane Doe; John Doe; Judge Michael E Whitaker | CASE NUMBER:<br>CV23-10715-HDV(DTB) |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>10231435 |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☐ summons
   b. ☐ complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ☒ other *(specify documents)*: Proof of Service-Acknowledgement of Service; Ex-Parte Request to Determine Matter of Law-Judge Michael E Whitaker In Violation of CCP 170.6, Exhibits
3. a. Party served *(specify name of party as shown on documents served)*:
      Jane Doe, Clerk
   b. ☒ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
      Jane Doe, Clerk Dept 300
4. Address where the party was served:
   9355 Burton Way Dept 300, Beverly Hills, CA 90210
5. I served the party *(check proper box)*
   a. ☒ **by personal service**. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: Thu, Jan 11 2024   (2) at *(time)*: 03:28 PM
   b. ☐ **by substituted service**. On *(date)*:   at *(time)*:   I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:
      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:
         from *(city)*:   or ☐ a declaration of mailing is attached.
      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Form Adopted for Mandatory Use   **PROOF OF SERVICE OF SUMMONS**   Page 1 of 2
Judicial Council of California                                                              Code of Civil Procedure, § 417.10
POS-010 [Rev. January 1, 2007]

| | |
|---|---|
| PLAINTIFF / PETITIONER: Todd Michael Schultz<br>DEFENDANT / RESPONDENT: Los Angeles Superior Court of California; Jane Doe; John Doe; Judge Michael E Whitaker | CASE NUMBER:<br>CV23-10715-HDV(DTB) |

5.    c.    ☐   **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,
        (1)   on *(date)*:          (2)   from *(city)*:
        (3)   ☐   with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30.)
        (4)   ☐   to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)
   d.    ☐   **by other means** *(specify means of service and authorizing code section)*:

       ☐   Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a.    ☒   as an individual defendant.
   b.    ☐   as the person sued under the fictitious name of *(specify)*:
   c.    ☐   as occupant.
   d.    ☐   On behalf of *(specify)*:
       under the following Code of Civil Procedure section:
         ☐ 416.10 (corporation)      ☐ 415.95 (business organization, form unknown)
         ☐ 416.20 (defunct corporation)      ☐ 416.60 (minor)
         ☐ 416.30 (joint stock company/association)      ☐ 416.70 (ward or conservatee)
         ☐ 416.40 (association or partnership)      ☐ 416.90 (authorized person)
         ☐ 416.50 (public entity)      ☐ 415.46 (occupant)
         ☐ other:

7. **Person who served papers**
   a.   Name:     Robert Diaz
   b.   Address:     2063 S Atlantic Blvd Ste 2M, Monterey Park, CA 91754
   c.   Telephone number:     626 375 5246
   d.   **The fee** for service was:     $50.00
   e.   I am:
      (1)   ☐   not a registered California process server.
      (2)   ☐   exempt from registration under Business and Professions Code section 22350(b).
      (3)   ☒   a registered California process server:
          (i)   ☐ owner    ☐ employee    ☒ independent contractor
          (ii)   Registration No:    5681
          (iii)   County:    Los Angeles

8.   ☒   **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
      or
9.   ☐   **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date:   01/12/2024

Robert Diaz                                *(signature)*

(NAME OF PERSON WHO SERVED PAPERS / SHERIFF OR MARSHAL)         (SIGNATURE)