```
                                        FILED
                                CLERK, U.S. DISTRICT COURT

                                    JAN - 5 2024

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)
```

Civil Action No. CV23-10715-HDV(DTB)     CENTRAL DISTRICT OF CALIFORNIA
                                         BY                        DEPUTY

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* John Doe was received by me on *(date)* 12/29/2023.

[X] I personally served the summons on the individual at *(place)* 9355 Burton Way Dept 300, Beverly Hills, CA 90210
    on *(date)* Fri, Dec 29 2023 ; or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a
    person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to
    the individual's last known address; or

[ ] I served the summons on *(name of individual)* _____ , who is designated by law to accept service
    of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

[ ] I returned the summons unexecuted because: _____ ; or

[ ] Other: _____ ; or

My fees are $ 50.00 for travel and $ 0.00 for services, for a total of $ $50.00.

I declare under penalty of perjury that this information is true.

Date: 12/30/23

_____
*Server's signature*

Jose Diaz, Process Server, 2018146150
_____
*Printed name and title*

2063 S Atlantic Blvd Ste 2M, Monterey Park, CA 91754
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Dec 29, 2023, 3:59 pm PST at 9355 Burton Way Dept 300, Beverly Hills, CA 90210 received by Beverly
Hills Courthouse; Jane Doe; John Doe. Age: 50; Ethnicity: African American; Gender: Female; Weight: 160; Height: 5'6"; Hair:
Black; Eyes: Brown;
Served Stacy Doe, Clerk

