AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. CV23-10715-HDV(DTB)

FILED
CLERK, U.S. DISTRICT COURT
JAN - 5 2024
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Los Angeles Superior Court of California was received by me on *(date)* 12/29/2023.

[X] I personally served the summons on the individual at *(place)* 111 North Hill Street, Los Angeles, CA 90012 on *(date)* Fri, Dec 29 2023 ; or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

[ ] I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

[ ] I returned the summons unexecuted because: _____ ; or

[ ] Other: _____ ; or

My fees are $ 100.00 for travel and $ 0.00 for services, for a total of $ $100.00.

I declare under penalty of perjury that this information is true.

Date: 12/30/23

_____
Server's signature

Jose Diaz, Process Server, 2018146150
*Printed name and title*

2063 S Atlantic Blvd Ste 2M, Monterey Park, CA 91754
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Dec 29, 2023, 2:39 pm PST at 111 North Hill Street, Los Angeles, CA 90012 received by Los Angeles Superior Court. Age: 50; Ethnicity: African American; Gender: Female; Weight: 170; Height: 5'6"; Hair: Black; Eyes: Brown; Jane Doe, Clerk