Todd Michael Schultz
818 N Doheny Dr #1108
West Hollywood, CA 90069
in pro per

DISTRICT COURT OF CALIFORNIA
CENTRAL DISTRICT - LOS ANGELES

PLAINTIFF

TODD MICHAEL SCHULTZ

vs.                                              2:23-cv-10715-JAK-DTB

DEFENDANTS                                       AFFIDAVIT IN SUPPORT
                                                 OF MS. BRITNEY JEAN
                                                 SPEARS AND THE LA
LA SUPERIOR COURT                                SUPERIOR COURT

STACEY DOE

JOHN DOE

JUDGE MICHAEL E WHITAKER

MEMORANDUM

It is my experience that the LA Superior and CA Superior court system has committed RICO in respect to my case 23SMCV05033 and conspired to fix the system. I surmise, easily, that this is similar to what must have occured in the operation and execution of the unlawful conservatorship placed on Ms. Spears for 13 years. I believe the two things are deeply and unarguably connected and an inquiry on RICO on behalf of the courts as it relates to Ms. Spears case is warranted immediately.

Dated Wed January 17th  Signed by Todd Michael Schultz in Pro Per

1
Complaint For Damages and Prayer For Relief