## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES--GENERAL**

Case No.   **CV 23-10715-JAK (DTB)**                                       Date: **January 16, 2024**

Title:  **Todd Michael Schultz v. Superior Court of Los Angeles, et al.**
===============================================================
**DOCKET ENTRY**
===============================================================

PRESENT:

**HON. DAVID T. BRISTOW, MAGISTRATE JUDGE**

| S. Lorenzo | n/a |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:            ATTORNEYS PRESENT FOR DEFENDANT(S):

None present                                                            None present

**PROCEEDINGS: (IN CHAMBERS) ORDER STRIKING PLAINTIFF'S "NOTICE[S] AND ACKNOWLEDGEMENT OF SERVICE OF SUMMONS AND COMPLAINT" [DKTS. # 15, 16]**

On January 11, 2024, plaintiff filed two separate documents with the Court, *i.e.* "NOTICE AND ACKNOWLEDGEMENT OF SERVICE OF summons and complaint returned executed" (Docket Nos. 15 and 16).  Plaintiff is advised that the documents filed with the Court are not Notices and Acknowledgments of Services. Rather, the same appear to be a process server's notes regarding a job order for services and the documents are not signed by the process server.  As such, the Cout hereby STRIKES both documents (Docket Nos. 15 and 16) from the docket. Plaintiff is advised that he should comply with Rule 4 of the Federal Rules of Civil Procedure.

MINUTES FORM 11                                                     Initials of Deputy Clerk   RAM  for  SL
CIVIL-GEN