Todd Michael Schultz
818 N Doheny Dr #1108
West Hollywood, CA 90069
in pro per

## DISTRICT COURT OF CALIFORNIA
## CENTRAL DISTRICT - LOS ANGELES

**PLAINTIFF**

TODD MICHAEL SCHULTZ

vs.                                               2:23-cv-10715-JAK-DTB

**DEFENDANTS**

LA SUPERIOR COURT                    MOTION FOR SUMMARY
                                     JUDGEMENT; DEFAULT
STACEY DOE                           JUDGMENT IN CASE OF
                                     FAILURE TO RESPOND
JOHN DOE

JUDGE MICHAEL E WHITAKER

### MEMORANDUM

1) All parties were formally and properly served with the complaint, and as of now, Friday, the 19th of 2024, no party has submitted an answer nor made any contact with plaintiff. The facts, plaintiff contends under penalty of perjury, are not debatable. The court process was rigged adversely to plaintiff through means of conspiracy between the defendants. If the defendants don't respond with reasonable answers by the end of the day, I ask that plaintiff be awarded default summary judgement and that the ex parte request for a ruling be answered as well.

Dated Friday, January 19th 2024    Signed by Todd Michael Schultz in Pro Per

1
MOTION FOR SUMMARY JUDGEMENT