TODD MICHAEL SCHULTZ
818 N DOHENY DR. #1108
WEST HOLLYWOOD, CA 90069
310-435-5847
TODDSCHULTZ86@GMAIL.COM
In Pro Per

DISTRICT COURT OF CALIFORNIA
COUNTY OF LOS ANGELES

PLAINTIFF

TODD MICHAEL SCHULTZ

vs.

DEFENDANTS

LA SUPERIOR COURT
JOHN DOE
STACEY DOE
HON. MICHAEL E. WHITAKER

**MOTION FOR EXPEDITED PAYMENT OF CIVIL DAMAGES BACKED BY MATTER OF LAW AND AFFIDAVIT OF EMERGENCY CIRCUMSTANCES**

## MEMORANDUM

1) I served the LA Superior Court and Dept. 207 of the Beverly Hills Courthouse (Stacey Doe, John Doe, Michael E. Whitaker) on the 29th of December and a deadline was given of January 19th. I am currently unable to work due to the damages sustained from the original lawsuits and am struggling to pay my personal bills. I demand an immediate determination be made that the courts of Los Angeles have utterly failed me and committed an unspeakably insidious and terrifying crime and that an immediate payment of up to $100,000 USD in damages be paid out now. It makes no sense that **THE COURT WOULD DEFAULT ON A COURT GIVEN DEADLINE. THEY CANNOT CLAIM IGNORANCE IN ANY CAPACITY.** I have done all of the legal work in pro per, and without the aid of a paid consultant. This takes considerable time and courage and I am entitled to default summary motion judgment in this case.

Dated Sunday January 20th    Signed by Todd Michael Schultz in Pro Per

1

Complaint for Damages For Deprivation of Constitutional Rights