TODD MICHAEL SCHULTZ
818 N DOHENY DR. #1108
WEST HOLLYWOOD, CA 90069
310-435-5847
TODDSCHULTZ86@GMAIL.COM
In Pro Per

DISTRICT COURT OF CALIFORNIA
CENTRAL DISTRICT - LOS ANGELES

PLAINTIFF

TODD MICHAEL SCHULTZ

vs.

DEFENDANTS

LA SUPERIOR COURT
STACEY DOE
JOHN DOE
HON. MICHAEL E WHITAKER

2:23-cv-10715-JAK-DTB

NO ANSWER DEFAULT JUDGMENT DEMAND

Jury Trial Demanded: YES

## MEMORANDUM

1) Plaintiff demands a ruling of default judgment in his favor as the court missed their deadline without responding. Today. The ruling must come today. This is becoming untenable and I want the adjudication I am entitled to based on the events, as well as the funds deposited into my account. Treble damages.

Dated January 23, 2024    Signed by Todd Michael Schultz in Pro Per

Complaint For Damages

Default Judgment