TODD MICHAEL SCHULTZ
818 N DOHENY DR. #1108
WEST HOLLYWOOD, CA 90069
310-435-5847
TODDSCHULTZ86@GMAIL.COM

In Pro Per

DISTRICT COURT OF CALIFORNIA
COUNTY OF LOS ANGELES

PLAINTIFF

TODD MICHAEL SCHULTZ          2:23-cv-10715-JAK-DTB

vs.

DEFENDANTS                    SECOND REQUEST FOR
                              DEFAULT JUDGEMENT

LA SUPERIOR COURT
STACEY DOE
JOHN DOE
HON. MICHAEL E. WHITAKER

### MEMORANDUM

I reiterate: The Superior Court of California is horribly rigged and crooked beyond repair. There must be arrests made in light of all of the information, from Britney Jean Spears to Todd Michael Schultz. The Courts have failed. And it should be asked the connection between GOOGLE and the COURT. Is there one? I demand the court heal the issue immediately in light of overt evidence. I demand funds be deposited today! This is a no brainer. You don't even need a brain to decide this case. And I need funds to continue living and running for POTUS.

Dated Monday, January 22nd 2024   Signed by Todd Michael Schultz in Pro Per

1

Complaint for Damages For Deprivation of Constitutional Rights
SECOND REQUEST FOR DEFAULT