7. Defendants are not minor or incompetent persons.

8. There is no sufficient reason for me to serve the defendants anymore than I have as their time for response has come and gone.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration was executed this 23rd of January, 2024 via the CM EMF efilign system of the Central District Court of Los Angeles.

Dated January 23rd, 2024 Signed by Todd Michael Schultz in Pro Per

TODD MICHAEL SCHULTZ
818 N DOHENY DR. #1108
WEST HOLLYWOOD, CA 90069
310-435-5847
TODDSCHULTZ86@GMAIL.COM
In Pro Per

DISTRICT COURT OF CALIFORNIA
CENTRAL DISTRICT - LOS ANGELES

PLAINTIFF

TODD MICHAEL SCHULTZ

vs.

DEFENDANTS

LA SUPERIOR COURT
STACEY DOE
JOHN DOE
HON. MICHAEL E WHITAKER

2:23-cv-10715-JAK-DTB

AFFIDAVIT IN SUPPORT OF NO ANSWER DEFAULT JUDGMENT DEMAND

Jury Trial Demanded: YES

MEMORANDUM

I, Todd Michael Schultz, state and declare as follows:

1. I make this declaration of my own personal knowledge and could and would so testify if called.

2. I filed proof of service to all defendants on the 29th of December, 2023. (ECF No. 4, Summons.)

3. ALL DEFENDANTS FAILED TO RESPOND BY THE 19th of January, the DEADLINE GIVEN BY THE COURT.

4. It is now January 23rd, and though I am entitled to DEFAULT JUDGEMENT BY CLERK I am still waiting.