TODD MICHAEL SCHULTZ
818 N DOHENY DR. #1108
WEST HOLLYWOOD, CA 90069
310-435-5847
TODDSCHULTZ86@GMAIL.COM
In Pro Per

DISTRICT COURT OF CALIFORNIA
COUNTY OF LOS ANGELES

PLAINTIFF

TODD MICHAEL SCHULTZ

2:23-cv-10715-JAK-DTB

vs.

DEFENDANTS

LA SUPERIOR COURT
JANE DOE
JOHN DOE
HON. MICHAEL E WHITAKER

NOTICE OF DEFAULT AND APPLICATION FOR ENTRY DEFAULT JUDGMENT BY COURT

1
NOTICE OF DEFAULT AND APPLICATION FOR ENTRY OF DEFAULT JUDGMENT

TO THE COURT AND DEFENDANTS - WHOM HAVE PROVIDED NO APPEARANCE AND THEREFORE DO NOT POSSESS ATTORNEYS ON RECORD:

1) PLEASE TAKE NOTICE THAT on January 24th, 2024, the defendants have failed to respond by the deadline provided by the court, which was 1/19/24.

2) Plaintiff, in pro per, requests that a default judgment be placed and payment be made swiftly, providing for some funds to be immediately upon summary judgment to be deposited into plaintiff's accounts, which will be provided upon the GRANTING of this request.

3) The defendants have not responded to any of the served papers, and it does not seem likely that they will. I ask for this reason, that service of these documents be waived. If it is not, plaintiff will have them served with an amended copy of this NOTICE.

4) This NOTICE and APPLICATION for DEFAULT SUMMARY JUDGMENT is supported by an AFFIDAVIT (ecf # 35) provided and lodged by plaintiff.

Dated January 24th, 2024   Signed by Todd Michael Schultz in Pro Per