TODD MICHAEL SCHULTZ
818 N DOHENY DR. #1108
WEST HOLLYWOOD, CA 90069
310-435-5847

TODDSCHULTZ86@GMAIL.COM

In Pro Per

DISTRICT COURT OF CALIFORNIA
COUNTY OF LOS ANGELES

PLAINTIFF

TODD MICHAEL SCHULTZ

2:23-10715-JAK-DTB

vs.

DEFENDANTS

LA SUPERIOR COURT
JANE DOE
JOHN DOE
HON. MICHAEL E WHITAKER

AFFIDAVIT IN SUPPORT
OF ALEC AND HILARIA
BALDWIN AND THE
BALDWIN FAMILY

## MEMORANDUM

Having been stalked for years by relentless thieves, I now have enough evidence to state that there is a strong likelihood the entire Baldwin family, including Alec, Hilaria, Ireland, Hailey, Justin Beiber, Billy Baldwin, Stephen Baldwin are being harrassed by people who want to see them suffer and they have not merited such aggression. They are the targe of true psychopaths in my current judgment. I reserve the right to change my mind, but the evidence is staggering in support of Alec Baldwin's innocence and that he was set up. This is likely related to the RICO case with Judge Whitaker. Please , COURT, you MUST look into this matter immediately for the safety of every member of the Baldwin family.

Dated January 24th, 2024   Signed by Todd Michael Schultz in Pro Per

NOTICE OF DEFAULT AND APPLICATION FOR ENTRY OF DEFAULT JUDGMENT