TODD MICHAEL SCHULTZ
818 N DOHENY DR. #1108
WEST HOLLYWOOD, CA 90069
310-435-5847

TODDSCHULTZ86@GMAIL.COM

In Pro Per

DISTRICT COURT OF CALIFORNIA
COUNTY OF LOS ANGELES

PLAINTIFF

TODD MICHAEL SCHULTZ  2:23-cv-10715-JAK-DTB

vs.

DEFENDANTS

LA SUPERIOR COURT
JANE DOE
JOHN DOE
HON. MICHAEL E WHITAKER

REQUEST FOR
EMERGENCY HEARING
ON THURSDAY, JANUARY
25th 2024

---

I am requesting an emergency hearing for Judge Bristow on Thursday the 25th, that is tomorrow morning. I will expect to be heard at the 10 am hearijng and per Judge Bristow's court rules, I do not need to clear the date with the clerk.

Dated Wednesday, January 25th 2024   Signed by Todd Michael Schultz in Pro Per

1
NOTICE OF DEFAULT AND APPLICATION FOR ENTRY OF DEFAULT JUDGMENT