TODD MICHAEL SCHULTZ
818 N DOHENY DR. #1108
WEST HOLLYWOOD, CA 90069
310-435-5847

TODDSCHULTZ86@GMAIL.COM

In Pro Per

### DISTRICT COURT OF CALIFORNIA
### COUNTY OF LOS ANGELES

**PLAINTIFF**

TODD MICHAEL SCHULTZ

vs.

**DEFENDANTS**

LA SUPERIOR COURT
JANE DOE
JOHN DOE
HON. MICHAEL E WHITAKER

NOTICE OF AFFIDAVIT AND STATEMENT FOR HEARING BEFORE JUDGE BRISTOW RE: RICO AT LA SUPERIOR COURT, MR. ALEC BALDWIN AND FAMILY AND MS. BRITNEY JEAN SPEARS

### MEMORANDUM

This is an affidavit to be read before Judge Bristo of the District Court in the Central District of California on January 25th, 2024 regarding LA Superior Court, Mr. Alec Baldwin and his entire family, and Ms. Britney Jean Spears as well as Governor Gavin Newsom.

## THE BALDWIN FAMILY

Mr. Baldwin reached out to me last night. I am aware we live in a world of deepfakes and there's some chance that this was that, but even so, it occurred to me independt of this conversation, recently that what Mr. Baldwin, his wife, and their family has been put through is unprecedented levels of antagonism by the press, and being that Whitaker refused to take him off the defendant list, and the situation with the shooting on the set of Rust, I believe we need to firmly look into the idea that Mr. Baldwin was not guilty of doing anything. It's possible there was a small lapse when he made the hire of the armorer – that is what my deduction skills tell me. The truth of the matter is that the press loves to see Mr. Baldwin enraged, and his wife. They antagonize and there are social media accounts dedicated to harming the Baldwins, and I personally haven't seen Mr. Baldwin do anything worthy of this. His "outbursts" seem similar to the "outbursts" that I would have in 2021, when I was being thoroughly antagonized via YouTube and other social media. I know there are people that would see you suffer. Any of you. Fame is a plus for them, suffering and famous is a work of art to these people. They live to see people suffer. And who is "they"? That is what the court should be tasked with ensuring is uncovered, because I promise you it is more obvious and easily deduced that we are giving it credit for. The very same man from Kentucky that harassed me incessantly also took footage or had footage to sell of Dua Lipa, a young English singer, falling at the Kentucky airport which he sold or licensed, I haven't gotten the story perfectly straight, from European tabloids. This man would love to see me in any one of the states Baldwin had been depicted in throughout the past ten years. Angry, shouting, ticked off, etc. Mr. Baldwin has been in hundreds of movies and never hurt anyone as far as I know, and I believe he was likely set up on the set of Rust, and the Ms. Hutchins life was used as a sacrifice for Mr. Baldwin to suffer. The goal was to make Baldwin upset. Not just upset, but devastated. The goal of my "stalkers" was to see me homeless and suffer and have "no power". I have lived in Hollywood my entire life, and this is likely what is happening in my view. Baldwin has no history of violence. Not on this caliber and he would not be able to hide it from anyone if he did. He's hounded incessantly, and I believe his family are too and this is dangerous and disgusting and it is even the possibility of this scenario that has me speaking on the issue here in court today. I would like the court to depose the armorer if it were up to me. Hanna Gutierrez Reed, age 22. Why do I say her? Well, YouTube, and the social media companies have bred a type of person that will go to any length to see someone suffer.

---

## BRITNEY JEAN SPEARS

Ms. Britney Jean Spears is a citizen of the state of California who was trafficked for 13 years. By reports, they stole every dollar she made, gave her less than 2 thousand dollars per week, which is horrifying, given her supposed net worth of 60 million. It's horrifying not because one cannot live on 2 thousand a week provided all other expenses are paid, it's horrifying because here in the state of California – in the United States of America, a country this woman was born in and continues to live in, was denied the fruits of her labor. The courts, much like Mr. Whitaker and his staff, were used as controllers. This is clear. Ms. Spears does not have dementia and to say otherwise is not only disingenuous, but defamatory. The damages sustained by Ms. Spears are likely well into the billions. Per my estimates, the state is looking at a potential settlement or judgment of 4-9 billion dollars based on her earnings. When you hinder someone and steal their money, if they have a lot of money or are making a lot of money, you have to consider how much they stole from her and calculate damages starting with this figure. Even without any income, you must consider the duress and emotional distress Ms. Spears lived under. I saw a documentary in 2008 about Ms Spears. I did not fully understand the "conservatorship at the time", however, she was under it, and I will promise you today – the woman under a conservatorship, at the MTV VMAs, winning 3 awards, but also the woman looking into the camera thinking she has done something wrong – she has done NOTHING wrong, which makes this case all the more heinous – does not have dementia. Not in any form. There is not plausible medical theory. This is insanity. How many people did know enough to know that Ms. Spears was under a fraudulent conservatorship and where were they to speak on her behalf. What lengths did the conservatorship – her father, Lou Taylor, Robin Greenhill – go to prevent people from speaking out, also? It is my opinion that there is absolutely no excuse for nobody not speaking up, so here I am today, speaking on behalf of a woman I know through the TV, so to speak, but know enough about to tell you she is a good person and deserved her rights. I do not believe at any point was she in a state such as that would require a conservatorship and therefore, the state is looking liable for some very severe crimes in her case, which will throttle the damages to a range that the State might not have. I believe Gavin Newsom should resign as governor as a result of the ineptitude and lack of review he gave the case. This was hundreds of millions of dollars being stolen. The courts benefited greatly. The lawyers benefits greatly. Ms. Spears was enslaved and benefited NONE. I suggest expediting Ms. Spears case so as to liberate her from what was an ordeal we must apologize for and which likely caused damages emotionally, and psychologically, that should be valued, per the notion of damages –

- that she is Britney Spears means the damages would exceed the one billion dollar mark certainly, for Treble damages is applied to RICO cases in my understanding. I am not her lawyer, however, I am a citizen informed to the extent that I can make an educated guess, and a resident of the state of California. Gavin Newsom is responsible to enforce the laws of the state. He not only did not do that, he enforced enslaving Ms. Britney Jean Spears. The Superior Court is Newsom's home court, so to speak. That he was not aware of Whitaker's crimes is almost impossible. He is a derelict governor and on my own behalf, as well as Ms. Spears' behalf, believe this court should make direct inquiry into the matter of how much did Gavin Newsom know, when, and what should he have known? It's not simply enough to stand idly by while the courts destroy life after life. Rig case after case. The buck stops with the Governor. And I would go further and say, we must know who knew the details and assert misprision wherever warranted. I would like that for myself in the other case I have before this court, 2:23-cv-10759-JAK-MRW where it concerns the board at Google as well. I will not stand for anything less. This is not just a serious matter, but a grave matter. I cannot reasonably articulate the depths of depravity we are speaking of and it will be investigated. The people are already hard at work uncovering much damning evidence. I want you to read this letter from an attorney, or self professed attorney, it should not matter, the contents of the letter should. It was written to Ms. Spears in 2008. This belies a sick corruption scandal that is also belied by this case 10715 against the LA Superior Court and Dept 207. It's likely widespread. The reviews of the Beverly Hills Courthouse are not forgiving. They are absurd and I can't imagine that I am not granted the audit I requested on the behavior of the entire courthouse, but also the Superior Court at large. Governor Newsom was unable to help when it mattered, and too much crime has been committed for a simple apology. He should resign as he is clearly not a capable governor. The info on the Superior Court is very reachable. This extends beyond these particular matters when it comes to Newsom, but this is a great place to start. The question is, should he have been a defendant in this trial, too? I would bet, yes. He likely committed misprision and was aware of the corruption and though it is grave for me to say this, I believe he somehow was benefiting off of not doing anything. It's his job to make sure the laws of the state are enforced. That's the most important task a governor can have. Newsom is not looking out for California citizens. I called his office once and was met with rudeness unsuited to be coming from the governor's office or staff. I ask this be looked into.

---

I have deduced crimes are widespread, that we are in a somewhat of a void of leadership when it comes to the judiciary, especially from my personal experience, the State Courts. The federal courts have been mostly thorough with me. Whitaker's rulings were so half-baked they were still batter, so to speak. He has not mind for legal theory and he does not understand the caselaw he sites. It's frightening. His clerks do not care about the law. They casually rigged my case. This is a case I spent 100s of painful hours pursuing in order to set myself free of a system of harassment that is not dissimilar from that which I have described regarding Mr. Baldwin or Ms. Spears. Mr. Schultz has been stalked, conspired against, and abused by the state officals – including the West Hollywood Sherrif department, as well as the Los Angeles Superior Court. I cannot fully say the same for the District Court, but I do have some concerns there as well. I believe a hearing should have been called Monday on the sleight of lawsuits I have before the court. It's uncanny what I have been through, and I believe not coincidental or accidental, but intentional premeditated crimes that deserve the highest level of scrutiny.

Dated Jan 25" 2024

Signed by Todd Michael Schultz in pro per

1