# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD MICHAEL SCHULTZ <br><br> Plaintiff(s), <br><br> v. <br><br> SUPERIOR COURT OF LOS ANGELES, et al. <br><br> Defendant(s). | CASE NUMBER: <br><br> 2:23-cv-10715-JAK-DTB <br><br><br> **NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:  __1/24/2024__

Document No.:  __35__

Title of Document:  __AFFIDAVIT by affiant__

**ERROR(S) WITH DOCUMENT:**

Incorrect event selected. Correct event to be used is: Motions and Related Filings > Responses/Replies/Other Motion Related Documentsp

Pages are out of order

Other:

**Note:** In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: January 24, 2024          By:  /s/ *ShaRon P Lorenzo  DTB_Chambers@cacd.uscourts.gov*
                                       Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.