# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD MICHAEL SCHULTZ, | CASE NUMBER |
| PLAINTIFF(S) | CV23-10715-JAK (DTB) |
| v. | |
| SUPERIOR COURT OF LOS ANGELES, et al., | **ORDER STRIKING FILED DOCUMENTS FROM THE RECORD** |
| DEFENDANT(S). | |

WHEREAS, the documents listed below are deficient for the following reason(s):
Ms. Britney Jean Spears is unrelated to this matter.

IT IS HEREBY ORDERED that the documents shall be stricken from the record and shall not be considered by the Court:

| **Document Entitled** | **Filed** |
|---|---|
| AFFIDAVIT IN SUPPORT OF MS. BRITNEY JEAN SPEARS AND THE LA SUPERIOR COURT [DKT. 26] | 01/17/24 |

IT IS FURTHER ORDERED that the documents shall not be returned to the filing party; however, the Clerk shall note on the case docket that the documents are stricken from the record.

January 25, 2024
Date

United States Magistrate Judge