## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| TODD MICHAEL SCHULTZ, | CASE NUMBER |
| --- | --- |
| PLAINTIFF(S) | CV23-10715-JAK (DTB) |
| v. | |
| SUPERIOR COURT OF LOS ANGELES, et al., | **ORDER STRIKING FILED DOCUMENTS FROM THE RECORD** |
| DEFENDANT(S). | |

WHEREAS, the documents listed below are deficient for the following reason(s):
Alec and Hilaria Baldwin and the Baldwin Family are unrelated to this matter.

IT IS HEREBY ORDERED that the documents shall be stricken from the record and shall not be considered by the Court:

| **Document Entitled** | **Filed** |
| --- | --- |
| AFFIDAVIT IN SUPPORT OF ALEC AND HILARIA BALDWIN AND THE BALDWIN FAMILY [DKT. # 37] | 01/24/24 |

IT IS FURTHER ORDERED that the documents shall not be returned to the filing party; however, the Clerk shall note on the case docket that the documents are stricken from the record.

January 25, 2024
Date

_United States Magistrate Judge_

CV-80 (12/22)   **ORDER STRIKING FILED DOCUMENTS FROM THE RECORD**