## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD MICHAEL SCHULTZ, <br><br> PLAINTIFF(S) <br> v. <br> SUPERIOR COURT OF LOS ANGELES, et al., <br><br> DEFENDANT(S). | CASE NUMBER <br><br> CV23-10715-JAK (DTB) <br><br> **ORDER STRIKING FILED DOCUMENTS FROM THE RECORD** |

WHEREAS, the documents listed below are deficient for the following reason(s):
Mr. Alec Baldwin, his family and Ms. Britney Jean Spears are unrelated to this matter.

IT IS HEREBY ORDERED that the documents shall be stricken from the record and shall not be considered by the Court:

| **Document Entitled** | **Filed** |
|---|---|
| NOTICE AND AFFIDAVIT AND STATEMENT FOR HEARING BEFORE JUDGE BRISTOW RE: RICO AT LA SUPERIOR COURT, MR. ALEC BALDWIN AND FAMILY AND MS. BRITNEY JEAN SPEARS [DKT. # 39] | 01/25/24 |

IT IS FURTHER ORDERED that the documents shall not be returned to the filing party; however, the Clerk shall note on the case docket that the documents are stricken from the record.

| | |
|---|---|
| January 25, 2024 | _[signature]_ |
| Date | United States Magistrate Judge |

CV-80 (12/22)                    **ORDER STRIKING FILED DOCUMENTS FROM THE RECORD**