## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES--GENERAL**

Case No.   **CV 23-10715-JAK (DTB)**                                    Date: **January 25, 2024**

Title:  **Todd Michael Schultz v. Superior Court of Los Angeles, et al.**
==========================================================================
**DOCKET ENTRY**
==========================================================================

PRESENT:

**HON. DAVID T. BRISTOW, MAGISTRATE JUDGE**

| S. Lorenzo | n/a |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:                ATTORNEYS PRESENT FOR DEFENDANT(S):
     None present                                                    None present

**PROCEEDINGS: (IN CHAMBERS) ORDER DENYING PLAINTIFF'S NOTICE OF DEFAULT AND APPLICATION FOR ENTRY DEFAULT JUDGMENT BY COURT [DKT # 36]**

     On January 24, 2024, plaintiff filed a "Notice of Default and Application for Entry of Default Judgment by Court" ("Application"). The Court has read and considered plaintiff's Application and hereby DENIES the same as premature. The Court notes that the defendants in this matter have not been properly served and, accordingly, this matter is not at issue.

     Plaintiff is reminded that his e-filing privileges may be revoked if his use of the Court's e-filing system is unsatisfactory, and he will be required to file documents on paper but will continue to receive documents via email. (See Application for Permission for Electronic Filing, Dkt. No. 12, paragraph 3.)