Name: Todd Schultz
Address: [illegible] N-D[illegible] Dr #1100
Phone: 310-425-5867
Fax:
In Pro Per

FILED
CLERK, U.S. DISTRICT COURT
JAN 25 2024
CENTRAL DISTRICT OF CALIFORNIA
BY EEE DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Todd Schultz

Plaintiff

v.

Sup. Court of Los Angeles

Defendant(s).

CASE NUMBER: 2:23-cv-10715-JAK-DTB

Affidavit in support
Judge Bristow
Conspiracy RICO

(Enter document title in the space provided above)

I have waited all day at the appointed place for Judge Bristow. [illegible] us Attys

No show!

Signed in proper

Jan 25 2024

1 of 1
Page Number

CV-127 (09/09)    PLEADING PAGE FOR A SUBSEQUENT DOCUMENT