TODD MICHAEL SCHULTZ
818 N DOHENY DR. #1108
WEST HOLLYWOOD, CA 90069
310-435-5847
TODDSCHULTZ86@GMAIL.COM
In Pro Per

DISTRICT COURT OF CALIFORNIA
COUNTY OF LOS ANGELES

PLAINTIFF

TODD MICHAEL SCHULTZ

vs.

DEFENDANTS

LA SUPERIOR COURT
JANE DOE aka "STACEY DOE"
JOHN DOE
HON. MICHAEL E. WHITAKER

AFFIDAVIT IN SUPPORT OF REMOVING JUDGE BRITOW OFF 2:23-cv-10715; CRIMINAL TESTIMONY THAT JUDGE IS CRIMINAL RICO CONSPIRATOR

## INTRODUCTION

1) Plaintiff served the summons without any statement prior that it were insufficient. Judge David Bristow is now a conspirator with the LA Superior Court in RICO charges. Likely, Gavin Newsom. Likely, the Superior Court of California. David Bristow stalled a hearing and then denied summary judgment based on a flippant lie. He should be investigated for RICO conspiracy and he must. Justice demands his arrest for his obstruction of Britney Spears' case, Alec Baldwin's case, Hilaria Baldwin's case, Ireland Baldwin's Case, every case that Michael E Whitaker over saw and he saw it and he helped them cover it up. He is a criminal there is no doubt about it and I will not stand down. This is a fact. Facts are facts. Judge Bristow belongs in prison for this. This is a disgrace. This Riverside Magistrate court, where Bristow presided only since November 22nd, 11 days after plaintiff filed a declaration in support of Michael E. Whitaker's recusal and now he helps him on. The clerks are criminals. They are evil. The judge is out. He can no longer be a judge in the United States of America.

Dated January 25th, 2024   Signed by Todd Michael Schultz in Pro Per

AFFIDAVIT IN SUPPORT; JUDGE BRISTOW RICO CONSPIRACY

TODD MICHAEL SCHULTZ
818 N DOHENY DR. #1108
WEST HOLLYWOOD, CA 90069
310-435-5847
TODDSCHULTZ86@GMAIL.COM
In Pro Per

## DISTRICT COURT OF CALIFORNIA
## COUNTY OF LOS ANGELES

PLAINTIFF

TODD MICHAEL SCHULTZ

vs.

DEFENDANTS

LA SUPERIOR COURT
JANE DOE aka "STACEY DOE"
JOHN DOE
HON. MICHAEL E. WHITAKER

2:23-cv-10715-JAK-DTB

AFFIDAVIT IN SUPPORT OF REMOVING JUDGE BRITOW OFF 2:23-cv-10715; CRIMINAL TESTIMONY THAT JUDGE IS CRIMINAL RICO CONSPIRATOR

### INTRODUCTION

1) Plaintiff served the summons without any statement prior that it were insufficient. Judge David Bristow is now a conspirator with the LA Superior Court in RICO charges. Likely, Gavin Newsom. Likely, the Superior Court of California. David Bristow stalled a hearing and then denied summary judgment based on a flippant lie. He should be investigated for RICO conspiracy and he must. Justice demands his arrest for his obstruction of Britney Spears' case, Alec Baldwin's case, Hilaria Baldwin's case, Ireland Baldwin's Case, every case that Michael E Whitaker over saw and he saw it and he helped them cover it up. He is a criminal there is no doubt about it and I will not stand down. This is a fact. Facts are facts. Judge Bristow belongs in prison for this. This is a disgrace. This Riverside Magistrate court, where Bristow presided only since November 22nd, 11 days after plaintiff filed a declaration in support of Michael E. Whitaker's recusal and now he helps him on. The clerks are criminals. They are evil. The judge is out. He can no longer be a judge in the United States of America.

Dated January 25th, 2024  Signed by Todd Michael Schultz, in Pro Per

AFFIDAVIT IN SUPPORT; JUDGE BRISTOW RICO CONSPIRACY