TODD MICHAEL SCHULTZ
818 N DOHENY DR. #1108
WEST HOLLYWOOD, CA 90069
310-435-5847
TODDSCHULTZ86@GMAIL.COM

In Pro Per

## DISTRICT COURT OF CALIFORNIA
## COUNTY OF LOS ANGELES

PLAINTIFF

TODD MICHAEL SCHULTZ

vs.

DEFENDANTS

LA SUPERIOR COURT
JANE DOE aka "STACEY DOE"
JOHN DOE
HON. MICHAEL E. WHITAKER

2:23-cv-10715-JAK-DTB

AFFIDAVIT IN SUPPORT OF
KARDASHIAN FAMILY
INVESTIGATION

## INTRODUCTION

1) Plaintiff believes Kim Kardashian, and family, are "trolling" him. He has been told he is talking to Ireland Baldwin, though the voice messages ask "Please, send us food. We're hungry." I believe the Kardashians have a habit of saying such things and speaking as such and should be duly investigated for the involvement in any conspiracy against plaintiff, Alec Baldwin, Hilaria Baldwin, Hailey Baldwin, Justin Beiber, or anyone closely associated with them. They are known to conspire with one another. I believe the great Pop Star Taylor Swift once claimed that Kim used an edited fake phone call in order to screw her and so that must be investigated immediately and Taylor Swift is extremely valuable. Lot of money, that girl. She deserves every penny. And every dollar. If the Kardashian family can prove beyond a shadow of a doubt it has no involvement in untoward activities toward the "Hollywood" community, then let it say so in Affidavit. The voices from the phone sound just like the Kardashians. And they do not sound fake. I submit that the voice memos sent from the Signal account be verified with the FBI immediately.

Dated January 25th, 2024  Signed by Todd Michael Schultz in Pro Per

AFFIDAVIT IN SUPPORT; JUDGE BRISTOW RICO CONSPIRACY