# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES--GENERAL

Case No.  **CV 23-10715-JAK (DTB)**  Date: **January 26, 2024**

Title: **Todd Michael Schultz v. Superior Court of Los Angeles, et al.**

===============================================================
**DOCKET ENTRY**
===============================================================

PRESENT:

**HON. DAVID T. BRISTOW, MAGISTRATE JUDGE**

| S. Lorenzo | n/a |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:  ATTORNEYS PRESENT FOR DEFENDANT(S):

None present  None present

**PROCEEDINGS: (IN CHAMBERS) ORDER RE PLAINTIFF'S AFFIDAVIT IN SUPPORT OF REMOVING JUDGE BRISTOW OFF 2:23-CV-10715; CRIMINAL TESTIMONY THAT JUDGE IS CRIMINAL RICO CONSPIRATOR [DKT # 51]**

On January 25, 2024, plaintiff Todd Michael Schultz filed a document entitled Affidavit in Support of Removing Judge Bristow off 2:23-cv-10715; Criminal Testimony that Judge is Criminal RICO Conspirator ("Affidavit"). The Court has read plaintiff's Affidavit and hereby construes the same as a Motion for Recusal. As such, the same is hereby referred to the District Judge for consideration.