# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD MICHAEL SCHULTZ,<br><br>PLAINTIFF(S)<br>v.<br>SUPERIOR COURT OF LOS ANGELES, et al.,<br><br>DEFENDANT(S). | CASE NUMBER:<br>CV23-10715-JAK (DTB)<br><br>**ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| Date Filed | Document No. | Title of Document |
|---|---|---|
| 1/25/2024 | 50 | AFFIDAVIT IN SUPPORT |

**IT IS HEREBY ORDERED:**

- [✓] The document is stricken
- [ ] The hearing date has been rescheduled to _____ at _____ .
- [ ] A notice of interested parties shall be filed no later than 5 days from entry of this Order.
- [ ] Other:

Dated:  1/26/2024

By: David T. Bristow
U.S. Magistrate Judge