TODD MICHAEL SCHULTZ
818 N DOHENY DR. #1108
WEST HOLLYWOOD, CA 90069
310-435-5847
TODDSCHULTZ86@GMAIL.COM
In Pro Per

DISTRICT COURT OF CALIFORNIA
COUNTY OF LOS ANGELES

PLAINTIFF

TODD MICHAEL SCHULTZ

vs.

DEFENDANTS

LA SUPERIOR COURT
JANE DOE aka "STACEY DOE"
JOHN DOE
HON. MICHAEL E. WHITAKER

2:23-cv-10715-JAK-DTB

AFFIDAVIT AND IN SUPPORT OF DEFAULT SUMMARY JUDGEMENT AND CRIMES COMMITED BY JUDGE DAVID T. BRISTOW; RECUSED JUDGE OVER CASE 2:23-cv-10715-JAK-DTB

## INTRODUCTION

1) Judge Bristow and his clerks have committed fraud on a level that should shock and awe the American body. Bristow had no right to strike any of those documents from the record after committing the most horrible of crimes: obstruction of due process. He missed his own Civil Motions, which are open, per the book on Judges in Central District. Then he denied a default judgment several days after the deadline had passed and claimed that there were issue with the summons. Not. That is false. I deny this. Bristow is out of control. I do not state any of this lightly. This is among the worst crimes I have ever witnessed. This means the RICO crimes extend from the Superior Court of CA to the District Court of Los Angeles - Riverside. This is a dangerous precedent and I will file affidavits and motions until Bristow's rulings are overturned by a qualified judge, Judge Kronstadt, who is the Federal Judge overseeing the case. The idea that the cases were referred to Bristow is highly concerning, as is the timing of his appointment in Riverside and actions of his chambers. A default ruling in plaintiff's favor is required. Now.

Dated January 27th, 2024  Signed by Todd Michael Schultz in Pro Per

AFFIDAVIT IN SUPPORT; JUDGE BRISTOW RICO CONSPIRACY