TODD MICHAEL SCHULTZ
818 N DOHENY DR. #1108
WEST HOLLYWOOD, CA 90069
310-435-5847
TODDSCHULTZ86@GMAIL.COM
In Pro Per

DISTRICT COURT OF CALIFORNIA
COUNTY OF LOS ANGELES

PLAINTIFF

TODD MICHAEL SCHULTZ

vs.

DEFENDANTS

LA SUPERIOR COURT
JANE DOE aka "STACEY DOE"
JOHN DOE
HON. MICHAEL E. WHITAKER

2:23-cv-10715-JAK-DTB

SECOND APPLICATION FOR DEFAULT SUMMARY JUDGMENT IN CASE 2:23-cv-10715-JAK-DTB

## INTRODUCTION

1) The deadline for response has passed. No mention of any issue with the summons was brought up until days after the default. It must be then, by clerk, given Default Summary Judgment for Plaintiff in 2:23-cv-10715-JAK-DTB. This should be done by the clerk for Judge Kronstadt, who currently presides.

Dated January 27th, 2024    Signed by Todd Michael Schultz in Pro Per

Dated January 27th, 2024    Signed by Todd Michael Schultz in Pro Per