TODD MICHAEL SCHULTZ
818 N DOHENY DR. #1108
WEST HOLLYWOOD, CA 90069
310-435-5847
TODDSCHULTZ86@GMAIL.COM
In Pro Per

DISTRICT COURT OF CALIFORNIA
COUNTY OF LOS ANGELES

PLAINTIFF

TODD MICHAEL SCHULTZ

vs.

DEFENDANTS

LA SUPERIOR COURT
JANE DOE aka "STACEY DOE"
JOHN DOE
HON. MICHAEL E. WHITAKER

2:23-cv-10715-JAK-DTB

SECOND APPLICATION FOR DEFAULT SUMMARY JUDGMENT IN CASE 2:23-cv-10715-JAK-DTB

## INTRODUCTION

1) The deadline for response has passed. No mention of any issue with the summons was brought up until days after the default. It must be then, by clerk, given Default Summary Judgment for Plaintiff in 2:23-cv-10715-JAK-DTB. This should be done by the clerk for Judge Kronstadt, who currently presides.

Dated January 27th, 2024    Signed by Todd Michael Schultz in Pro Per

Dated January 27th, 2024    Signed by Todd Michael Schultz in Pro Per

# AFFIDAVIT

## (Refer to Rule 4B(4))

Additionally, Rule 4B(4) of the Rules for Admission to the Bar suggests the content for affidavits:

I, __KANYE WEST__, having been first duly sworn, provide this Affidavit in support of __TODD MICHAEL SCHULTZ__ and state the following:

Hello, I'm Kanye West. I am writing this affidavit in full, unwavering support of TODD MICHAEL SCHULTZ as he pursues a RICO investigation against the Kardashian Family. Kim Kardashian used to be my wife, and I can testify under oath that she has outwardly expressed negative sentiments towards TODD MICHAEL SCHULTZ. On Multiple occasions, she had contacted KRIS JENNER and talked behind Todd's back about him, undoubtedly planning a conspiracy against Todd. The Entire Kardashian Family should be investigated for RICO Charges, especially Kris Jenner and Kim Kardashian for their 'trolling' efforts against Todd.

ADDITIONALLY, the entire Kardashian family should be investigated for their involvement with BRITTANY SPEARS, ALEC BALDWIN, and TAYLOR SWIFT.

BRITTANY and I hold a special connection since we both have a really good song called "Stronger". That special connection is telling me today that the Kardashians are involved in her downfall.

TODD MICHAEL SCHULTZ is a man of faith, flair, and passion. I have known Todd for as long as I can remember (I have a memory-affecting brain injury from my car crash) and he stands up for the little guy with the same almighty conviction that he tackles life with. I stand in support and solidarity with TODD.

Thank you,

_[signature]_

Kanye West.

SIGNED AND AFFIRMED UNDER PENALTY OF PERJURY BEFORE ME ON THIS 28TH DAY OF JANUARY 2024.

1-28-24   _Harriet Doppelmayor_

NOTARY PUBLIC

[Notary seal: Harriet Doppelmayor, Notary Public, Minnesota, My Commission Expires Jan 31, 2026]

Signed by _[signature]_ in paper
1/20/24