TODD MICHAEL SCHULTZ
818 N DOHENY DR. #1108
WEST HOLLYWOOD, CA 90069
310-435-5847
TODDSCHULTZ86@GMAIL.COM
In Pro Per

DISTRICT COURT OF CALIFORNIA
COUNTY OF LOS ANGELES

PLAINTIFF

TODD MICHAEL SCHULTZ

vs.                                  2:23-cv-10715-JAK-DTB

DEFENDANTS                           NOTICE OF AFFIDAVIT RE:
                                     "KANYE WEST" AFFIDAVIT
LA SUPERIOR COURT                    ON BEHALF OF TODD
JANE DOE                             MICHAEL SCHULTZ
JOHN DOE
HON. MICHAEL E WHITAKER

MEMORANDUM

Kanye West, currently known as "Ye" has been a friend to Bret Easton Ellis for a decade. Mr. Ellis lives with plaintiff, and was in the birthsuite where North West, Kanye West's and Kim Kardashian's daughter was born, just days after the birth. Ms. Kim Kardashian was in my apartment, I brought her up on the elevator and spoke with her briefly after she did an interview with Mr. Ellis. The spirit of the message of the affidavit given to me by a man named "Elijah Harrison" on Twitter rings true and Ye should be questioned as to whether or not there are any actionably supportable statements made on his behalf. It is too uncanny to dismiss or strike from the record. I looked up the seal of Michigan notary and it had it. I could not find Harriet Dopplemayer online, but I felt the affidavit merited filing.

Sunday January 28, 2024       Signed by, [signature]

1

Affidavit on RICO at LA Superior Court, The Baldwin Family and Ms. Britney Jean Spears