# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD MICHAEL SCHULTZ,<br><br>PLAINTIFF(S)<br>v.<br>SUPERIOR COURT OF LOS ANGELES, et al.,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV23-10715-JAK (DTB)<br><br>**ORDER STRIKING FILED DOCUMENTS FROM THE RECORD** |

WHEREAS, the documents listed below are deficient for the following reason(s):
The Kardashian family is unrelated to this matter.

IT IS HEREBY ORDERED that the documents shall be stricken from the record and shall not be considered by the Court:

| **Document Entitled** | **Filed** |
|---|---|
| AFFIDAVIT IN SUPPORT OF KARDASHIAN FAMILY INVESTIGATION [DKT. # 52] | 01/25/2024 |

IT IS FURTHER ORDERED that the documents shall not be returned to the filing party; however, the Clerk shall note on the case docket that the documents are stricken from the record.

January 26, 2024
Date

_[signature]_
United States Magistrate Judge

CV-80 (12/22)  **ORDER STRIKING FILED DOCUMENTS FROM THE RECORD**