TODD MICHAEL SCHULTZ
818 N DOHENY DR. #1108
WEST HOLLYWOOD, CA 90069
310-435-5847
TODDSCHULTZ86@GMAIL.COM
In Pro Per

DISTRICT COURT OF CALIFORNIA
COUNTY OF LOS ANGELES

PLAINTIFF

TODD MICHAEL SCHULTZ

vs.

DEFENDANTS

LA SUPERIOR COURT
JANE DOE aka "STACEY DOE"
JOHN DOE
HON. MICHAEL E. WHITAKER

2:23-cv-10715-JAK-DTB

AFFIDAVIT IN SUPPORT OF OVERTURNING JUDGE BRISTOW'S RULING TO STRIKE DOCUMENTS

## INTRODUCTION

1) Per the court, a motion for recusal by Judge Bristow has been lodged. Until the recusal is denied or accepted, it is unjust for Judge Bristow to strike documents or make any related ruling. Judge Bristow should recuse immediately and his actions should be reviewed with scrutiny as soon as possible.

Dated January 29th, 2024    Signed by Todd Michael Schultz in Pro Per