TODD MICHAEL SCHULTZ
818 N DOHENY DR. #1108
WEST HOLLYWOOD, CA 90069
310-435-5847
TODDSCHULTZ86@GMAIL.COM
In Pro Per

DISTRICT COURT OF CALIFORNIA
COUNTY OF LOS ANGELES

PLAINTIFF

TODD MICHAEL SCHULTZ

vs.

DEFENDANTS

LA SUPERIOR COURT
JANE DOE aka "STACEY DOE"
JOHN DOE
HON. MICHAEL E. WHITAKER

2:23-cv-10715-JAK-DTB

APPLICATION FOR DEFAULT JUDGMENT BY CLERK; REQUEST FOR SANCTIONS FROM JUDGE BRISTOW AND DEFENDANTS AND IMMEDIATE TRANSFER OF FUNDS TO PLAINTIFF

## INTRODUCTION

1) A default judgment in plaintiff's favor is now mandatory. Immediately. Funds should be deposited and I requested sanctions from Judge Bristow and all defendants.

Dated January 29th, 2024   Signed by Todd Michael Schultz in Pro Per