TODD MICHAEL SCHULTZ
818 N DOHENY DR. #1108
WEST HOLLYWOOD, CA 90069
310-435-5847
TODDSCHULTZ86@GMAIL.COM
In Pro Per

DISTRICT COURT OF CALIFORNIA
COUNTY OF LOS ANGELES

PLAINTIFF

TODD MICHAEL SCHULTZ

vs.

2:23-cv-10715-JAK-DTB

MOTION FOR
SANCTIONS ON JUDGE
DAVID T BRISTOW

DEFENDANTS

LA SUPERIOR COURT
JANE DOE
JOHN DOE
HON. MICHAEL E WHITAKER

## MEMORANDUM

1) Judge David T Bristow is not to be sanctioned for any judicial rulings. He is to be sanctioned for obstructing substantial due justice after missing his own schedule civil motions which are set to begin 10 AM Thursday mornings. I was at the 1st St. Ave. Courthouse on the Zoom telephone line waiting to speak on behalf of myself, Britney Spears and Alec Baldwin as it pertains to the case 2:23-cv-10715-JAK-DTB and the defendants - LA SUPERIOR COURT - connection to my own case and how there was likely substantial similarities in conspiracies. Still, Bristow should be sanctioned for absentia of his own civil hearings without any explanation till now. Further ,next application for Summary Judgment must be reviewed by Judge Kronstadt's clerk, as well as himself. The chain of events is undeniably sufficient to reach the proper conclusion that Summary Judgment by clerk is warranted in favor of plaintiff. Jury can determine actual damages, though they almost certainly exceed the amount requested by plaintiff in demand for desposit of funds. Also, names will be supplied re: Jane and John Doe at plaintiff's earliest availability.

Dated January 30th, 2024   Signed by Todd Michael Schultz in Pro Per

AFFIDAVIT IN SUPPPORT OF RESPONSE TO "VEXATIOUS LITIGANT" ORDER