TODD MICHAEL SCHULTZ
818 N DOHENY DR. #1108
WEST HOLLYWOOD, CA 90069
310-435-5847
TODDSCHULTZ86@GMAIL.COM
In Pro Per

### DISTRICT COURT OF CALIFORNIA
### COUNTY OF LOS ANGELES

PLAINTIFF

TODD MICHAEL SCHULTZ

vs.

DEFENDANTS

LA SUPERIOR COURT
JANE DOE
JOHN DOE
HON. MICHAEL E WHITAKER

2:23-cv-10715-JAK-DTB

AFFIDAVIT IN SUPPORT
OF MOTION FOR
SANCTIONS ON JUDGE
DAVID T BRISTOW

### MEMORANDUM

I filed an affidavit at the counter of the 1st Ave. United States Courthouse declaring that Judge David T. Bristow did not show up to his Thursday morning Civil Motions. Bristow evaded and attempted to sabotage justice by not attending that hearing, which was open, and not required to acquire a date or placement, but to show up, I gave notice the night before, anyway. I am certain that this obstruction of justice is a sanctionable event. If it is not, where does the buck stop? This is the worst of the district court I have seen. And I hope it is remedied for my own sake.

Dated January 30th, 2024   Signed by Todd Michael Schultz in Pro Per

AFFIDAVIT IN SUPPPORT OF RESPONSE TO 'VEXATIOUS LITIGANT' ORDER