# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES--GENERAL**

Case No.   **CV 23-10715-JAK (DTB)**                                                           Date: **January 30, 2024**

Title:  **Todd Michael Schultz v. Superior Court of Los Angeles, et al.**

===============================================================
**DOCKET ENTRY**
===============================================================

PRESENT:

**HON. DAVID T. BRISTOW, MAGISTRATE JUDGE**

| S. Lorenzo | n/a |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:          ATTORNEYS PRESENT FOR DEFENDANT(S):
            None present                                                                                    None present

**PROCEEDINGS: (IN CHAMBERS) ORDER RE PLAINTIFF'S MOTION FOR SANCTIONS ON JUDGE DAVID T BRISTOW [DKT # 64] AND AFFIDAVIT IN SUPPORT OF MOTION FOR SANCTIONS ON JUDGE DAVID T BRISTOW [DKT # 65]**

On January 30, 2024, plaintiff Todd Michael Schultz filed a Motion for Sanctions on Judge David T. Bristow ("Motion") (Dkt. # 64) and a supporting Affidavit (Dkt. # 65). As plaintiff is seeking sanctions to be issued against the Magistrate Judge, plaintiff's Motion is hereby referred to the District Judge for consideration.