TODD MICHAEL SCHULTZ
818 N DOHENY DR. #1108
WEST HOLLYWOOD, CA 90069
310-435-5847
TODDSCHULTZ86@GMAIL.COM
In Pro Per

DISTRICT COURT OF CALIFORNIA
COUNTY OF LOS ANGELES

PLAINTIFF

TODD MICHAEL SCHULTZ

vs.

DEFENDANTS

LA SUPERIOR COURT
JANE DOE
JOHN DOE
HON. MICHAEL E. WHITAKER

2:23-cv-10715-JAK-DTB

REQUEST FOR EMERGENCY HEARING TO BE HELD AS SOON AS POSSIBLE BEFORE JUDGE KRONSTADT

## MEMORANDUM

Todd Michael Schultz, plaintiff, in pro per, requests an emergency hearing be held to discuss concerns with the court proceedings and emergent and emergency matters concerning the Public Good and the state of California's public good.

Dated February 1st, 2024   Signed by Todd Michael Schultz in Pro Per

*[signature]*

REPLY ON ORDER TO SHOW CAUSE RE: "VEXATIOUS LITIGANT"