TODD MICHAEL SCHULTZ
818 N DOHENY DR. #1108
WEST HOLLYWOOD, CA 90069
310-435-5847
TODDSCHULTZ86@GMAIL.COM
In Pro Per

DISTRICT COURT OF CALIFORNIA
COUNTY OF LOS ANGELES

PLAINTIFF

TODD MICHAEL SCHULTZ

vs.

DEFENDANTS

LA SUPERIOR COURT
JANE DOE aka "STACEY DOE"
JOHN DOE
HON. MICHAEL E. WHITAKER

2:23-cv-10715-JAK-DTB

THIRD APPLICATION FOR DEFAULT JUDGMENT BY CLERK; REQUEST FOR RULING ON SANCTIONS FROM JUDGE BRISTOW; CLAIRIFICATION ON STATUS

### MEMORANDUM

Plaintiff requests a default summary judgment be placed immediately in light of the defendants not appearing after defaulting on the deadline for more than 10 days.. Immediately. Funds should be deposited and I requested sanctions from Judge Bristow and all defendants. A lot of anguish is being caused by this delay of justice, which is unnecessary from plaintiff's point of view. Clarification on the status of the case is also requested.

Dated February 2nd, 2024   Signed by Todd Michael Schultz in Pro Per

1
THIRD APPLICATION FOR SUMMARY JUDGMENT; SANCTIONS ON BRISTOW