**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TODD MICHAEL SCHULTZ,<br><br>    Plaintiff,<br><br>v.<br><br>SUPERIOR COURT OF LOS ANGELES, et al.,<br><br>    Defendants. | No. 2:23-cv-10715-JAK (DTBx)<br><br>**ORDER RE MOTION FOR SANCTIONS (DKT. 64), REQUEST FOR SPECIAL HEARING (DKT. 67) AND THIRD APPLICATION FOR DEFAULT JUDGMENT (DKT. 68)** |

1	Based on a review of the Motion for Sanctions (the "Motion" (Dkt. 64)), Request for Special Hearing (the "Request" (Dkt. 67)) and Third Application for Default Judgment (the "Application" (Dkt. 68)), insufficient good cause has been shown for the requested relief. Therefore, the Motion, Request and Application are **DENIED**.

As stated in the "Order re Plaintiff's Motion for Sanctions" (the "Order" (Dkt. 63)), a bench officer may not be disqualified merely because of rulings or case management decisions with which a party disagrees or deems unfavorable.

Moreover, despite the notice provided in the Order to Show Cause Why Plaintiff Should Not Be Deemed a Vexatious Litigant, *Schultz v. Thompson*, Case No. 23-cv-10759-JAK-MRW (C.D. Cal. Dec. 22, 2023) ("OSC" (Dkt. 20)), Plaintiff has failed to modify his misuse of the Court's e-filing system. Plaintiff's voluminous, redundant filings place an extraordinary and unjustified burden on Court staff and resources. In light of the foregoing, Plaintiff's e-filing privileges are **REVOKED**. Plaintiff may not register again to file via ECF in this Court without prior Court approval. Plaintiff is also **ORDERED** to refrain from emailing the Deputy Clerk and the Court for status updates.

Because the Motion, Request and Application are denied, this action remains assigned to Magistrate Judge Bristow, who will continue to preside.

**IT IS SO ORDERED.**

Dated:  February 05, 2024

　　　　　　　　　　　　　　　　　　　　
John A. Kronstadt
United States District Judge