SARAH L. OVERTON (SBN 163810)
LINDSAY N. FRAZIER-KRANE (SBN 251631)
CUMMINGS, MCCLOREY, DAVIS, ACHO & ASSOCIATES, P.C.
3801 University Avenue, Suite 560
Riverside, CA 92501
(951) 276-4420
(951) 276-4405 fax
lkrane@cmda-law.com

Attorneys for Defendants,
the Honorable Michael E. Whitaker,
Judge of the Superior Court of California,
County of Los Angeles; and
Superior Court of California, County of Los Angeles,
erroneously sued as, Superior Court of Los Angeles

**UNITED STATED DISTRICT COURT**

**CENTRAL DISTRICT**

| | |
|---|---|
| TODD MICHAEL SCHULTZ;<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SUPERIOR COURT OF LOS ANGELES, et al.,<br><br>　　　　Defendants. | Case No.: 2:23−cv−10715−HDV−DTB<br><br>**[PROPOSED] ORDER**<br><br>Date　　　:　March 14, 2024<br>Time　　　:　10:00 a.m.<br>Courtroom　:　4, 3rd Floor<br>Judge　　　:　David T. Bristow |

The motion to dismiss plaintiff's complaint of defendants the Honorable Michael E. Whitaker, Judge of the Superior Court of California, County of Los Angeles; and Superior Court of California, County of Los Angeles, erroneously sued as, Superior Court of Los Angeles, came regularly for hearing.

After considering the papers in favor of, and in opposition to the motion to dismiss, and after arguments were heard and considered, the motion to dismiss plaintiff's complaint as to defendants the Honorable Michael E. Whitaker, Judge of the Superior Court of California, County of Los Angeles; and Superior Court of

Cummings, McClorey, Davis, Acho & Associates, P.C.
3801 University Avenue, Suite 560
Riverside, CA 92501
Telephone (951) 276-4420
Facsimile (951) 276-4405

{proposed order-1 }

1
**[PROPOSED] ORDER**

1  California, County of Los Angeles, erroneously sued as, Superior Court of Los
2  Angeles, is hereby granted and the complaint is dismissed with prejudice.

4       IT IS SO ORDERED.

6  Dated: _____    _____
7                                    UNITED STATES DISTRICT JUDGE

**Cummings, McClorey, Davis, Acho & Associates, P.C.**
3801 University Avenue, Suite 560
Riverside, CA 92501
Telephone (951) 276-4420
Facsimile (951) 276-4405

{proposed order-1 }

2
**[PROPOSED] ORDER**

## PROOF OF SERVICE

I, the undersigned, declare as follows:

I am employed in the County of Riverside, State of California. I am over the age of 18 years, and not a party to the within action. I am an employee of or agent for Cummings, McClorey, Davis, Acho & Associates, P.C., 3801 University Avenue, Suite 560, Riverside, California 92501.

I hereby certify that on February 5, 2024, I electronically filed the foregoing **[PROPOSED] ORDER**, with the Clerk of the Court by using the CM/ECF system. I certify that participants in the case that are registered CM/ECF users will receive service that will be accomplished by the CM/ECF system.

Executed on February 5, 2024, in Riverside, California. I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

/s/ Charmaine Apacible
Charmaine Apacible

{proposed order-1}

1
**PROOF OF SERVICE**