SARAH L. OVERTON (SBN 163810)
LINDSAY N. FRAZIER-KRANE (SBN 251631)
CUMMINGS, MCCLOREY, DAVIS, ACHO & ASSOCIATES, P.C.
3801 University Avenue, Suite 560
Riverside, CA 92501
(951) 276-4420
(951) 276-4405 fax
lkrane@cmda-law.com

Attorneys for Defendants,
the Honorable Michael E. Whitaker,
Judge of the Superior Court of California,
County of Los Angeles; and
Superior Court of California, County of Los Angeles,
erroneously sued as, Superior Court of Los Angeles

# UNITED STATED DISTRICT COURT

## CENTRAL DISTRICT

| | |
|---|---|
| TODD MICHAEL SCHULTZ;<br><br>Plaintiff,<br><br>v.<br><br>SUPERIOR COURT OF LOS ANGELES, et al.,<br><br>Defendants. | Case No.: 2:23−cv−10715−HDV−DTB<br><br>**REQUEST FOR JUDICIAL NOTICE; DECLARATION OF LINDSAY N. FRAZIER-KRANE AND EXHIBITS**<br><br>Date      :  March 14, 2024<br>Time      :  10:00 a.m.<br>Courtroom  :  4, 3rd Floor<br>Judge      :  David T. Bristow |

TO THE HONORABLE COURT AND PLAINTIFF WALTER EMMANUEL MARTIN, PRO SE:

Defendants the Honorable Michael E. Whitaker, Judge of the Superior Court of California, County of Los Angeles; and Superior Court of California, County of Los Angeles, erroneously sued as, Superior Court of Los Angeles (hereinafter "Superior Court"), hereby request that the Court take judicial notice pursuant to

Cummings, McClorey,
Davis, Acho
& Associates, P.C.
3801 University Avenue,
Suite 560
Riverside, CA 92501
Telephone (951) 276-4420
Facsimile (951) 276-4405

1

**REQUEST FOR JUDICIAL NOTICE; DECLARATION OF LINDSAY N. FRAZIER-KRANE AND EXHIBITS**

{request for judicial notice-1 }

Federal Rules of Evidence, Rule 201, of the following facts and documents, attached as exhibits hereto, in support of defendants' motion to dismiss plaintiff's complaint.

1. Docket, *Schultz v. Thompson,* Superior Court case number 23SMCV05033;

2. Order to Show Cause Why Plaintiff Should Not Be Deemed a Vexatious Litigant, *Schultz v. Thompson, et al*., United States District Court, Central District of California, case no. 2:23-cv-10759-JAK (MRWx); and

3. Notice of Case Assignment, *Schultz v. Thompson,* Superior Court case number 23SMCV05033

Dated: February 5, 2024   CUMMINGS, MCCLOREY, DAVIS, ACHO & ASSOCIATES

By:   /s/ Lindsay N. Frazier-Krane
      Sarah L. Overton, Esq.
      Lindsay N. Frazier-Krane, Esq.
      Attorneys for Defendants,
      the Honorable Michael E. Whitaker,
      Judge of the Superior Court of California,
      County of Los Angeles; and
      Superior Court of California,
      County of Los Angeles, erroneously sued as,
      Superior Court of Los Angeles

2

**REQUEST FOR JUDICIAL NOTICE; DECLARATION OF LINDSAY N. FRAZIER-KRANE AND EXHIBITS**

{request for judicial notice-1 }

## <u>DECLARATION OF LINDSAY N. FRAZIER-KRANE</u>

I, Lindsay N. Frazier-Krane, declare as follows:

1.      I am an attorney duly licensed to practice law before the United States District Court, Central District of California, and I am associate at the law firm Cummings, McClorey, Davis, Acho & Associates, attorneys for the moving parties in this matter.  If called upon as a witness, I would competently testify to the matters stated herein, except for those matters stated upon my information and belief and, to those matters, I believe them to be true.

2.      Attached hereto as exhibit 1 is a true and correct copy of the docket in *Schultz v. Thompson,* Superior Court case number 23SMCV05033, which I obtained from the Superior Court's website.  The docket is accessible online by case number from the Superior Court's webpage:

https://www.lacourt.org/casesummary/ui/casesummary.aspx?casetype=civil.

3.      Attached hereto as exhibit 2 is a true and correct copy of the Order to Show Cause Why Plaintiff Should Not by Deemed a Vexatious Litigant, *Schultz v. Thompson, et al.*, United States District Court, Central District of California, case no. 2:23-cv-10759-JAK (MRWx), which I obtained online from the PACER website. The Order to Show Cause is accessible online by case number from the from the PACER's webpage:  https://pcl.uscourts.gov/pcl/index.jsf.

4.      Attached hereto as exhibit 3 is a true and correct copy of the Notice of Case Assignment, *Schultz v. Thompson,* Superior Court case number 23SMCV05033 which I obtained online from the Superior Court's website.   The document is available for purchase by accessing the online case docket at:

https://www.lacourt.org/casesummary/ui/casesummary.aspx?casetype=civil.

///

///

///

///

Cummings, McClorey,
Davis, Acho
& Associates, P.C.
3801 University Avenue,
Suite 560
Riverside, CA 92501
Telephone (951) 276-4420
Facsimile (951) 276-4405

3

**REQUEST FOR JUDICIAL NOTICE; DECLARATION OF LINDSAY N. FRAZIER-KRANE AND EXHIBITS**

{request for judicial notice-1 }

1   I declare under penalty of perjury under the laws of the United States of

2   America that the foregoing is true and correct.

3   Executed February 5, 2024, at Los Angeles, California.

4   /s/ Lindsay N. Frazier-Krane

5   Lindsay N. Frazier-Krane

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Cummings, McClorey,
Davis, Acho
& Associates, P.C.**
3801 University Avenue,
Suite 560
Riverside, CA 92501
Telephone (951) 276-4420
Facsimile (951) 276-4405

4

**REQUEST FOR JUDICIAL NOTICE; DECLARATION OF LINDSAY N.
FRAZIER-KRANE AND EXHIBITS**

{request for judicial notice-1 }

# EXHIBIT 1

EXHIBIT #-1

# CASE INFORMATION

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

**Case Number:** 23SMCV05033

TODD MICHAEL SCHULTZ VS MICHAEL C. THOMPSON, ET AL.

**Filing Courthouse:** Beverly Hills Courthouse

**Filing Date:** 10/25/2023
**Case Type:** Contractual Fraud (General Jurisdiction)
**Status:** Pending

Click here to access document images for this case

If this link fails, you may go to the Case Document Images site and search using the case number displayed on this page

# FUTURE HEARINGS

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

**03/20/2024** at 08:30 AM in Department 207 at 9355 Burton Way, Beverly Hills, CA 90210
Case Management Conference

# PARTY INFORMATION

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

HOLMES GREGORY R. - Defendant

HURWITZ MARK D - Attorney for Defendant

SCHULTZ TODD MICHAEL - Plaintiff

THOMPSON MICHAEL C. - Defendant

YOUTUBE LLC - Defendant

# DOCUMENTS FILED

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

**Documents Filed (Filing dates listed in descending order)**
**12/19/2023** Request (Request to Strike Plaintiff's Improper, Unauthorized and Unserved Declarations)
Filed by Michael C. Thompson (Defendant); Gregory R. Holmes (Defendant)

**12/19/2023** Certificate of Mailing for ((Court Order Re Ruling on Submitted Motion to Quash Service) of 12/19/2023)
Filed by Clerk

**12/19/2023** Minute Order ( (Court Order Re Ruling on Submitted Motion to Quash Service))
Filed by Clerk

**12/18/2023** Declaration (re: "Persona Non Grata")
Filed by Todd Michael Schultz (Plaintiff)

**12/18/2023** Declaration (Declaration Signed)
Filed by Todd Michael Schultz (Plaintiff)

**12/18/2023** Declaration (re: "Infinite Waters")
Filed by Todd Michael Schultz (Plaintiff)

**12/18/2023** Declaration (Declaration re: Unfiled Motions)
Filed by Todd Michael Schultz (Plaintiff)

**12/14/2023** Order Appointing Court Approved Reporter as Official Reporter Pro Tempore ((Baila M. Strauss, CSR #14251))
Filed by Gregory R. Holmes (Defendant)

**12/14/2023** Minute Order ( (Hearing on Motion to Quash Service of Summons filed by defend...))
Filed by Clerk

**12/12/2023** Declaration (of Todd MIchael Schultz)
Filed by Todd Michael Schultz (Plaintiff)

**12/07/2023** Objection (Reply Memorandum In Support of Motion of Defendants Michael C. Thompson and Gregory R. Holmes To Quash Service of Summons For Lack Of Personal Jurisdiction)
Filed by Michael C. Thompson (Defendant); Gregory R. Holmes (Defendant)

**12/07/2023** Reply (Reply Memorandum In Support of Motion of Defendants Michael C. Thompson and Gregory R. Holmes To Quash Service of Summons For Lack Of Personal Jurisdiction)
Filed by Michael C. Thompson (Defendant); Gregory R. Holmes (Defendant)

**12/05/2023** Declaration (by Plaintiff)
Filed by Todd Michael Schultz (Plaintiff)

**11/27/2023** Opposition (Opposition To Quash By Defendants Thompson and Holmes)
Filed by Todd Michael Schultz (Plaintiff)

**11/15/2023** Motion to Quash Service of Summons
Filed by Michael C. Thompson (Defendant); Gregory R. Holmes (Defendant)

**11/13/2023** Declaration of Notice
Filed by Todd Michael Schultz (Plaintiff)

**11/08/2023** Certificate of Mailing for ((Court Order Re: Notice of Related Case) of 11/08/2023)
Filed by Clerk

**11/08/2023** Minute Order ( (Court Order Re: Notice of Related Case))
Filed by Clerk

**11/08/2023** Minute Order ( (Ex-Parte Proceedings))
Filed by Clerk

**11/07/2023** Opposition (Youtube Llcs Opposition To Plaintiffs Ex Parte Application)
Filed by Youtube LLC (Defendant)

**11/07/2023** Declaration in Support of Ex Parte Application
Filed by Todd Michael Schultz (Plaintiff)

**11/06/2023** Proof of Personal Service
Filed by Todd Michael Schultz (Plaintiff)

**11/02/2023** Proof of Service (not Summons and Complaint)
Filed by Todd Michael Schultz (Plaintiff)

**10/30/2023** Ex Parte Application (To Compel Electronic Service to Defendants)
Filed by Todd Michael Schultz (Plaintiff)

**10/27/2023** Civil Case Cover Sheet

Filed by Todd Michael Schultz (Plaintiff)

**10/25/2023** Notice of Related Case
Filed by Todd Michael Schultz (Plaintiff)

**10/25/2023** Notice of Case Management Conference
Filed by Clerk

**10/25/2023** Notice of Case Assignment - Unlimited Civil Case
Filed by Clerk

**10/25/2023** Voluntary Efficient Litigation Stipulation Packet
Filed by Clerk

**10/25/2023** First Amended General Order re: Mandatory Electronic Filing
Filed by Clerk

**10/25/2023** Alternate Dispute Resolution Packet
Filed by Clerk

**10/25/2023** Summons (on Complaint)
Filed by Clerk

**10/25/2023** Civil Case Cover Sheet
Filed by Todd Michael Schultz (Plaintiff)

**10/25/2023** Complaint
Filed by Todd Michael Schultz (Plaintiff)

## PROCEEDINGS HELD

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

### Proceedings Held (Proceeding dates listed in descending order)

**12/19/2023** at 11:00 AM in Department 207, Michael E. Whitaker, Presiding
Court Order

**12/14/2023** at 08:30 AM in Department 207, Michael E. Whitaker, Presiding
Hearing on Motion to Quash Service of Summons (filed by defendant, Michael Thompson and Gregory Holmes) - **Held - Taken under Submission**

**11/08/2023** at 10:44 AM in Department 207, Michael E. Whitaker, Presiding
Court Order

**11/08/2023** at 08:30 AM in Department 207, Michael E. Whitaker, Presiding
Ex-Parte Proceedings - **Held**

## REGISTER OF ACTIONS

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

**12/19/2023** Updated -- Motion to Quash Service of Summons: Filed By: Gregory R. Holmes (Defendant),Michael C. Thompson (Defendant); Result: Granted ; Result Date: 12/19/2023

**12/19/2023** Request Request to Strike Plaintiff's Improper, Unauthorized and Unserved Declarations; Filed by: Michael C. Thompson (Defendant); Gregory R. Holmes (Defendant)

**12/19/2023** On the Complaint filed by Todd Michael Schultz on 10/25/2023, entered Order for Dismissal without prejudice

as to Michael C. Thompson and Gregory R. Holmes

**12/19/2023** Minute Order (Court Order Re Ruling on Submitted Motion to Quash Service)

**12/19/2023** Certificate of Mailing for (Court Order Re Ruling on Submitted Motion to Quash Service) of 12/19/2023; Filed by: Clerk

**12/19/2023** Order to Show Cause re: Payment of Waived Fees; by:

**12/18/2023** Declaration Declaration re: Unfiled Motions; Filed by: Todd Michael Schultz (Plaintiff)

**12/18/2023** Declaration re: "Infinite Waters"; Filed by: Todd Michael Schultz (Plaintiff)

**12/18/2023** Declaration Declaration Signed; Filed by: Todd Michael Schultz (Plaintiff)

**12/18/2023** Declaration re: "Persona Non Grata"; Filed by: Todd Michael Schultz (Plaintiff)

**12/14/2023** Order Appointing Court Approved Reporter as Official Reporter Pro Tempore (Baila M. Strauss, CSR #14251); Filed by: Gregory R. Holmes (Defendant)

**12/14/2023** Minute Order (Hearing on Motion to Quash Service of Summons filed by defend...)

**12/14/2023** Hearing on Motion to Quash Service of Summons filed by defendant, Michael Thompson and Gregory Holmes scheduled for 12/14/2023 at 08:30 AM in Beverly Hills Courthouse at Department 207 updated: Result Date to 12/14/2023; Result Type to Held - Taken under Submission

**12/12/2023** Declaration of Todd MIchael Schultz; Filed by: Todd Michael Schultz (Plaintiff)

**12/07/2023** Reply Reply Memorandum In Support of Motion of Defendants Michael C. Thompson and Gregory R. Holmes To Quash Service of Summons For Lack Of Personal Jurisdiction; Filed by: Michael C. Thompson (Defendant); Gregory R. Holmes (Defendant)

**12/07/2023** Objection Reply Memorandum In Support of Motion of Defendants Michael C. Thompson and Gregory R. Holmes To Quash Service of Summons For Lack Of Personal Jurisdiction; Filed by: Michael C. Thompson (Defendant); Gregory R. Holmes (Defendant)

**12/05/2023** Declaration by Plaintiff; Filed by: Todd Michael Schultz (Plaintiff)

**11/27/2023** Opposition Opposition To Quash By Defendants Thompson and Holmes; Filed by: Todd Michael Schultz (Plaintiff)

**11/16/2023** Hearing on Motion to Quash Service of Summons scheduled for 12/14/2023 at 08:30 AM in Beverly Hills Courthouse at Department 207

**11/15/2023** Motion to Quash Service of Summons; Filed by: Michael C. Thompson (Defendant); Gregory R. Holmes (Defendant)

**11/13/2023** Declaration of Notice; Filed by: Todd Michael Schultz (Plaintiff); As to: Michael C. Thompson (Defendant); Gregory R. Holmes (Defendant); Youtube LLC (Defendant)

**11/08/2023** Updated -- Ex Parte Application To Compel Electronic Service to Defendants: Filed By: Todd Michael Schultz (Plaintiff); Result: Denied ; Result Date: 11/08/2023

**11/08/2023** Minute Order (Ex-Parte Proceedings)

**11/08/2023** Ex-parte Ex-Parte Proceedings scheduled for 11/08/2023 at 08:30 AM in Beverly Hills Courthouse at Department 207 updated: Result Date to 11/08/2023; Result Type to Held

**11/08/2023** Minute Order (Court Order Re: Notice of Related Case)

**11/08/2023** Certificate of Mailing for (Court Order Re: Notice of Related Case) of 11/08/2023; Filed by: Clerk

**11/08/2023** The case is placed in special status of: Deemed Not Related

**11/07/2023** Declaration in Support of Ex Parte Application; Filed by: Todd Michael Schultz (Plaintiff)

**11/07/2023** Opposition Youtube Llcs Opposition To Plaintiffs Ex Parte Application; Filed by: Todd Michael Schultz

(Plaintiff)

**11/06/2023** Proof of Personal Service; Filed by: Todd Michael Schultz (Plaintiff); As to: Gregory R. Holmes (Defendant); Service Date: 11/04/2023; Service Cost Waived: No

**11/02/2023** Proof of Service (not Summons and Complaint); Filed by: Todd Michael Schultz (Plaintiff); As to: Youtube LLC (Defendant)

**11/01/2023** Updated -- Notice of Related Case: Filed By: Todd Michael Schultz (Plaintiff); Result: Denied ; Result Date: 11/01/2023

**10/30/2023** Ex Parte Application To Compel Electronic Service to Defendants; Filed by: Todd Michael Schultz (Plaintiff); As to: Michael C. Thompson (Defendant); Gregory R. Holmes (Defendant); Youtube LLC (Defendant)

**10/30/2023** Ex-parte Ex-Parte Proceedings scheduled for 11/08/2023 at 08:30 AM in Beverly Hills Courthouse at Department 207

**10/27/2023** Amended Civil Case Cover Sheet; Filed by: Todd Michael Schultz (Plaintiff)

**10/25/2023** Complaint; Filed by: Todd Michael Schultz (Plaintiff); As to: Michael C. Thompson (Defendant); Gregory R. Holmes (Defendant); Youtube LLC (Defendant)

**10/25/2023** Notice of Case Management Conference; Filed by: Clerk

**10/25/2023** Notice of Related Case; Filed by: Todd Michael Schultz (Plaintiff)

**10/25/2023** Civil Case Cover Sheet; Filed by: Todd Michael Schultz (Plaintiff)

**10/25/2023** Summons on Complaint; Issued and Filed by: Clerk

**10/25/2023** Alternate Dispute Resolution Packet; Filed by: Clerk

**10/25/2023** First Amended General Order re: Mandatory Electronic Filing; Filed by: Clerk

**10/25/2023** Voluntary Efficient Litigation Stipulation Packet; Filed by: Clerk

**10/25/2023** Notice of Case Assignment - Unlimited Civil Case; Filed by: Clerk

**10/25/2023** Case assigned to Hon. Michael E. Whitaker in Department 207 Beverly Hills Courthouse

**10/25/2023** Case Management Conference scheduled for 03/20/2024 at 08:30 AM in Beverly Hills Courthouse at Department 207

# EXHIBIT 2

EXHIBIT #-1

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TODD MICHAEL SCHULTZ, | No. 2:23-cv-10759-JAK (MRWx) |
|        Plaintiff, | **ORDER TO SHOW CAUSE WHY PLAINTIFF SHOULD NOT BE DEEMED A VEXATIOUS LITIGANT** |
| v. | |
| MICHAEL C. THOMPSON, et al., | |
|        Defendants. | |

1

On December 22, 2023, Plaintiff Todd Michael Schultz filed the most recent action in a series of complaints related to his disputes with Defendants Michael C. Thompson, Gregory R. Holmes, and YouTube LLC, although other defendants have included the judge and two members of judicial staff who participated in Schultz's action in the California Superior Court against Thompson, Holmes, and YouTube. Plaintiff been repeatedly warned about filing plainly deficient pleadings and motions, but the stream of filings has continued unabated. For the reasons stated below, Plaintiff is **ORDERED TO SHOW CAUSE** why he should not be declared a vexatious litigant.

Central District of California Local Rule ("L.R.") 83-8 governs vexatious litigants. Local Rule 83-8.3, "Findings," states that a vexatious litigant order "shall be based on a finding that the litigant to whom the order is issued has abused the Court's process and is likely to continue such abuse, unless protective measures are taken." *See* L.R. 83-8.3. It is determined, as discussed more fully below, that Plaintiff has abused the Court's process and is likely to continue such abuse, unless protective measures are taken.

District courts should enter a pre-filing order only after a "cautious review of the pertinent circumstances." *Molski v. Evergreen Dynasty Corp.*, 500 F.3d 1047, 1057 (9th Cir. 2007). Accordingly, the Ninth Circuit has set forth four factors that a court must examine before issuing a pre-filing order on a finding that a litigant is vexatious:

> [F]lagrant abuse of the judicial process cannot be tolerated because it enables one person to preempt the use of judicial time that properly could be used to consider the meritorious claims of other litigants. Thus, [we have] outlined four factors for district courts to examine before entering pre-filing orders. First, the litigant must be given notice and a chance to be heard before the order is entered. Second, the district court must compile an adequate record for review. Third, the district court must make substantive findings about the frivolous or harassing nature of the plaintiff's litigation.

Finally, the vexatious litigant order must be narrowly tailored to closely fit the specific vice encountered.

*Id.* (internal quotations and citations omitted).

*First*, the Court hereby notifies Plaintiff that it is considering recommending that Plaintiff be deemed a vexatious litigant for the reasons set forth more fully below. As discussed below, Plaintiff must file a written response to this Order within 21 days of the date of this Order explaining why he should not be deemed a vexatious litigant.

*Second*, Plaintiff is expressly notified that the following cases and filings demonstrate a pattern of frivolous and harassing filings by Plaintiff in this Court.

1. In *Schultz v. Thompson*, Case No. 23-cv-03452-JAK-MRW (C.D. Cal. Oct. 4, 2023), Plaintiff filed five different complaints, each of which raised many frivolous and extraneous issues, each of which was nearly impossible to understand, none of which made it possible to identify the claims that Plaintiff sought to bring, none of which came close to providing a short and plain statement of the claim showing that Plaintiff was entitled to relief, and each of which was so vague and ambiguous that Defendants could not reasonably have prepared a response. *See id.*, Dkts. 4, 12, 14, 27, 42.

2. In this action, *Schultz v. Thompson*, Case No. 23-cv-10759-JAK-MRW (C.D. Cal. Dec. 22, 2023), Plaintiff has filed a Complaint of the same nature as his pleadings in the prior action. *See* Dkt. 1.

3. In a related action, *Schultz v. Superior Ct. of Los Angeles*, Case No. 23-cv-10715-JAK-DTB (C.D. Cal. Dec. 20, 2023), Plaintiff filed a patently frivolous Complaint against the bench officer providing over one of his other lawsuits against Thompson, Holmes, and YouTube. *See* Dkt. 1. He also named the Superior Court of Los Angeles and two court employees as defendants. Like Plaintiff's other pleadings, the Complaint is nearly incomprehensible. In addition, Plaintiff's claims, to the extent they can be

3

ascertained, are clearly barred by judicial immunity. Even absent judicial immunity, a clerk's weeklong delay in docketing a filing, Plaintiff's desire that the Beverly Hills Courthouse staff provide more information about filing procedures, and Plaintiff's perception that one court employee was rude when she did not know the answer to one of Plaintiff's questions are clearly not a basis for any cause of action. Plaintiff's contention that these matters indicate that Judge Whitaker took bribes to impede Plaintiff's litigation efforts is especially frivolous. The Complaint is also deficient in several other respects. It appears that the Complaint was filed in bad faith and for the purpose of harassing the bench officer presiding over Plaintiff's case and the court employees assisting him.

4. In *Schultz v. Thompson*, Case No. 2:23-cv-03452-JAK-MRW (C.D. Cal. Oct. 4, 2023), Plaintiff filed a number of frivolous or harassing motions. They were frivolous and harassing, generally because they were filed on an emergency basis in the absence of any type of emergency, sought sanctions against opposing counsel without any rational basis, and/or sought inappropriate relief. *See* Dkts. 1, 7, 34, 39, 43, 44, 48, 49, 58, 59, 60, 61, 62, 63, 67, 71, 73, 79, 83, 88, 89, 90, 94, 95, 96 (frivolous and harassing motions filed by Schultz and orders ruling on them). They were also frivolous and harassing for the reasons stated in item one above. They were also frivolous and harassing due to the sheer number of meritless filings.

5. In this action, Plaintiff has filed three frivolous and harassing ex parte applications. *See* Dkts. 12, 16, 17. Like many of Plaintiff's previous filings, these are frivolous and harassing in that they were filed on an emergency basis in the absence of any type of emergency, sought sanctions against opposing counsel without any rational basis, and sought inappropriate relief. *See* Dkts. 14, 18.

4

6. In *Schultz v. Superior Ct. of Los Angeles*, Case No. 2:23-cv-10715-JAK-DTB (C.D. Cal. Dec. 20, 2023), Plaintiff filed a frivolous and harassing ex parte application. *See* Dkt. 14. This application is frivolous and harassing for the same reasons stated in connection with item three above. *See* Dkt. 44.

*Third*, Plaintiff has been repeatedly warned about several of the deficiencies in several of his pleadings and motions; in particular, he has been warned about filing ex parte applications and other emergency motions in the absence of any type of emergency; frivolous and harassing motions for sanctions against opposing counsel; and motions seeking relief that is patently premature or otherwise inappropriate. *See Schultz v. Thompson*, Case No. 2:23-cv-03452-JAK-MRW (C.D. Cal. Oct. 4, 2023), Dkts. 7, 43, 44, 49, 61, 62, 63, 83, 88, 89, 90, 94, 96. For this reason, and the reasons already stated, it is determined that Plaintiff's litigation has been frivolous and harassing and that Plaintiff is likely to continue wasting the Court's resources by filing new cases absent a vexatious litigant order.

*Fourth*, if Plaintiff were deemed a vexatious litigant, the relief imposed would be limited in nature. Specifically, Plaintiff would be required to obtain leave of court before filing any new case against Thompson, Holmes, or YouTube, or any new case related to the same events giving raise to Plaintiff's lawsuits against Thompson, Holmes, and YouTube, in the United States District Court for the Central District of California. If Plaintiff wishes to file any new case meeting those criteria, he will have to submit a copy of the Court's vexatious litigant order and a copy of the proposed filing with any motion seeking leave of court. If Plaintiff is not granted written permission to file within 30 days of the date of his motion for leave to file a vexatious litigation complaint, permission would be deemed denied. This restriction would not apply to any cases that fall outside the categories listed above, thus, for example, this restriction would not affect the cases that Plaintiff has already filed.

A pre-filing injunction is appropriate where a plaintiff's complaints are not only numerous, but also patently without merit. *In re Oliver*, 682 F. 2d 443, 445 (3rd Cir. 1982). Although Plaintiff's filings meet this standard, the proposed remedy described above is narrowly tailored to preempt Plaintiff's use of judicial time that properly could be used to consider the meritorious claims of other litigants.

For the reasons stated above, Plaintiff is **ORDERED TO SHOW CAUSE** via a written response within 21 days of the issuance of this Order why he should not be declared a vexatious litigant.

Plaintiff is further cautioned that he may not avoid a vexatious litigant finding merely by voluntarily dismissing any of the present cases, as "[e]ven when a plaintiff voluntarily dismisses a case, this Court retains the inherent authority to issue orders on matters collateral to the merits of the underlying case and to conduct sanction proceedings and impose any sanction for abusive conduct authorized by the federal rules of procedure or federal statutes." *Emrit v. Centers for Medicare & Medicaid Servs.*, 2015 WL 13738601, at *3 (D. Nev. June 16, 2015), *report and recommendation adopted*, 2016 WL 164992 (D. Nev. Jan. 14, 2016).

Plaintiff is expressly warned that failure to file a timely response to this Order will result in the dismissal of this action with prejudice for failure to comply with Court orders and failure to prosecute, and will similarly not preclude a vexatious litigant finding. *See* Fed. R. Civ. P. 41(b). Accordingly, if Plaintiff wishes to avoid being deemed a vexatious litigant, he must file a response to this Order explaining why the prior pleadings and motions listed above are neither frivolous nor harassing.

**IT IS SO ORDERED.**

Dated:  January 30, 2024         _____

John A. Kronstadt

United States District Judge

6

# EXHIBIT 3

EXHIBIT #-1

| SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF LOS ANGELES | Reserved for Clerk's File Stamp |
|---|---|
| COURTHOUSE ADDRESS:<br>Beverly Hills Courthouse<br>9355 Burton Way, Beverly Hills, CA 90210 | **FILED**<br>Superior Court of California<br>County of Los Angeles<br>10/25/2023<br>David W. Slayton, Executive Officer / Clerk of Court<br>By: _____ I. Valencia _____ Deputy |
| **NOTICE OF CASE ASSIGNMENT**<br><br>**UNLIMITED CIVIL CASE** | |
| **Your case is assigned for all purposes to the judicial officer indicated below.** | CASE NUMBER:<br>23SMCV05033 |

## THIS FORM IS TO BE SERVED WITH THE SUMMONS AND COMPLAINT

| | ASSIGNED JUDGE | DEPT | ROOM | | | ASSIGNED JUDGE | DEPT | ROOM |
|---|---|---|---|---|---|---|---|---|
| ✔ | Michael E. Whitaker | 207 | | | | | | |

Given to the Plaintiff/Cross-Complainant/Attorney of Record

on  10/25/2023
       (Date)

David W. Slayton, Executive Officer / Clerk of Court

By I. Valencia _____, Deputy Clerk

LACIV 190 (Rev 6/18)
LASC Approved 05/06

**NOTICE OF CASE ASSIGNMENT – UNLIMITED CIVIL CASE**

## INSTRUCTIONS FOR HANDLING UNLIMITED CIVIL CASES

The following critical provisions of the California Rules of Court, Title 3, Division 7, as applicable in the Superior Court, are summarized for your assistance.

### APPLICATION
The Division 7 Rules were effective January 1, 2007.  They apply to all general civil cases.

### PRIORITY OVER OTHER RULES
The Division 7 Rules shall have priority over all other Local Rules to the extent the others are inconsistent.

### CHALLENGE TO ASSIGNED JUDGE
A challenge under Code of Civil Procedure Section 170.6 must be made within **15** days after notice of assignment for all purposes to a judge, or if a party has not yet appeared, within 15 days of the first appearance.

### TIME STANDARDS
Cases assigned to the Independent Calendaring Courts will be subject to processing under the following time standards:

### COMPLAINTS
All complaints shall be served within 60 days of filing and proof of service shall be filed within 90 days.

### CROSS-COMPLAINTS
Without leave of court first being obtained, no cross-complaint may be filed by any party after their answer is filed.  Cross-complaints shall be served within 30 days of the filing date and a proof of service filed within 60 days of the filing date.

### STATUS CONFERENCE
A status conference will be scheduled by the assigned Independent Calendar Judge no later than 270 days after the filing of the complaint.  Counsel must be fully prepared to discuss the following issues: alternative dispute resolution, bifurcation, settlement, trial date, and expert witnesses.

### FINAL STATUS CONFERENCE
The Court will require the parties to attend a final status conference not more than 10 days before the scheduled trial date.  All parties shall have motions in limine, bifurcation motions, statements of major evidentiary issues, dispositive motions, requested form jury instructions, special jury instructions, and special jury verdicts timely filed and served prior to the conference.  These matters may be heard and resolved at this conference.  At least five days before this conference, counsel must also have exchanged lists of exhibits and witnesses, and have submitted to the court a brief statement of the case to be read to the jury panel as required by Chapter Three of the Los Angeles Superior Court Rules.

### SANCTIONS
The court will impose appropriate sanctions for the failure or refusal to comply with Chapter Three Rules, orders made by the Court, and time standards or deadlines established by the Court or by the Chapter Three Rules.  Such sanctions may be on a party, or if appropriate, on counsel for a party.

**This is not a complete delineation of the Division 7 or Chapter Three Rules, and adherence only to the above provisions is therefore not a guarantee against the imposition of sanctions under Trial Court Delay Reduction.  Careful reading and compliance with the actual Chapter Rules is imperative.**

### Class Actions
Pursuant to Local Rule 2.3, all class actions shall be filed at the Stanley Mosk Courthouse and are randomly assigned to a complex judge at the designated complex courthouse.  If the case is found not to be a class action it will be returned to an Independent Calendar Courtroom for all purposes.

### *Provisionally Complex Cases
Cases filed as provisionally complex are initially assigned to the Supervising Judge of complex litigation for determination of complex status.  If the case is deemed to be complex within the meaning of California Rules of Court 3.400 et seq., it will be randomly assigned to a complex judge at the designated complex courthouse.  If the case is found not to be complex, it will be returned to an Independent Calendar Courtroom for all purposes.

**NOTICE OF CASE ASSIGNMENT – UNLIMITED CIVIL CASE**

1

## **PROOF OF SERVICE**

2

I, the undersigned, declare as follows:

3

I am employed in the County of Riverside, State of California.  I am over

4

the age of 18 years, and not a party to the within action.  I am an employee of or

5

agent for Cummings, McClorey, Davis, Acho & Associates, P.C., 3801 University

6

Avenue, Suite 560, Riverside, California 92501.

7

I hereby certify that on February 5, 2024, I electronically filed the foregoing

8

**REQUEST FOR JUDICIAL NOTICE; DECLARATION OF LINDSAY N.**

9

**FRAZIER-KRANE AND EXHIBITS**, with the Clerk of the Court by using the

10

CM/ECF system.  I certify that participants in the case that are registered CM/ECF

11

users will receive service that will be accomplished by the CM/ECF system.

12

Executed on February 5, 2024, in Riverside, California.  I declare under

13

penalty of perjury under the laws of the State of California that the above is true

14

and correct.

15

16

<u>/s/ Charmaine Apacible</u>
Charmaine Apacible

17

18

19

20

21

22

23

24

25

26

27

28

1

**PROOF OF SERVICE**

{request for judicial notice-1 }