SARAH L. OVERTON (SBN 163810)
LINDSAY N. FRAZIER-KRANE (SBN 251631)
CUMMINGS, MCCLOREY, DAVIS, ACHO & ASSOCIATES, P.C.
3801 University Avenue, Suite 560
Riverside, CA 92501
(951) 276-4420
(951) 276-4405 fax
lkrane@cmda-law.com

Attorneys for Defendants,
the Honorable Michael E. Whitaker,
Judge of the Superior Court of California,
County of Los Angeles; and
Superior Court of California, County of Los Angeles,
erroneously sued as, Superior Court of Los Angeles

**UNITED STATED DISTRICT COURT**

**CENTRAL DISTRICT**

| | |
|---|---|
| TODD MICHAEL SCHULTZ;<br><br>           Plaintiff,<br><br>     v.<br><br>SUPERIOR COURT OF LOS ANGELES, et al.,<br><br>           Defendants. | Case No.: 2:23−cv−10715−HDV−DTB<br><br>**AMENDED PROOF OF SERVICE**<br><br>Date      :   March 14, 2024<br>Time      :   10:00 a.m.<br>Courtroom :   4, 3rd Floor<br>Judge     :   David T. Bristow |

**Cummings, McClorey, Davis, Acho & Associates, P.C.**
3801 University Avenue, Suite 560
Riverside, CA 92501
Telephone (951) 276-4420
Facsimile (951) 276-4405

1
**AMENDED PROOF OF SERVICE**
{proposed order-1 }

# AMENDED PROOF OF SERVICE

I, the undersigned, declare as follows:

I am employed in the County of Riverside, State of California. I am over the age of 18 years, and not a party to the within action. I am an employee of or agent for Cummings, McClorey, Davis, Acho & Associates, P.C., 3801 University Avenue, Suite 560, Riverside, California 92501.

I hereby certify that on February 5, 2024, I electronically filed the foregoing **NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES; [F .R. Civ. P. Rules 12(b)(1), (6)]; DECLARATION OF LINDSAY N. FRAZIER-KRANE; REQUEST FOR JUDICIAL NOTICE; DECLARATION OF LINDSAY N. FRAZIER-KRANE AND EXHIBITS**, with the Clerk of the Court by using the CM/ECF system. I certify that participants in the case that are registered CM/ECF users will receive service that will be accomplished by the CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by USPS, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

Todd Michael Schultz
818 North Doheny Drive, Unit 1108
West Hollywood, CA 90069

Executed on February 5, 2024, in Riverside, California. I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

/s/ Charmaine Apacible
Charmaine Apacible

**AMENDED PROOF OF SERVICE**

{proposed order-1}