# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

TODD MICHAEL SCHULTZ,

PLAINTIFF(S)

v.

SUPERIOR COURT OF LOS ANGELES, et al.,

DEFENDANT(S).

CASE NUMBER

2:23-cv-10715-JAK (DTB)

**ORDER STRIKING FILED DOCUMENTS FROM THE RECORD**

WHEREAS, the documents listed below are deficient for the following reason(s):
Kanye West is unrelated to this matter and the document was provided to plaintiff by a third party, via twitter.

IT IS HEREBY ORDERED that the documents shall be stricken from the record and shall not be considered by the Court:

| **Document Entitled** | **Filed** |
|---|---|
| AFFIDAVIT [DKT # 58] | 01/28/2024 |
| NOTICE OF AFFIDAVIT RE: "KANYE WEST" AFFIDAVIT ON BEHALF OF TODD MICHAEL SCHULTZ [DKT # 59] | 01/28/2024 |

IT IS FURTHER ORDERED that the documents shall not be returned to the filing party; however, the Clerk shall note on the case docket that the documents are stricken from the record.

February 5, 2024
Date

_[signature]_
United States Magistrate Judge

CV-80 (12/22)   **ORDER STRIKING FILED DOCUMENTS FROM THE RECORD**