# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES--GENERAL

Case No.   **2:23-cv-10715-JAK (DTB)**                                         Date: **February 5, 2024**

Title:  **Todd Michael Schultz v. Superior Court of Los Angeles, et al.**

===============================================================
**DOCKET ENTRY**
===============================================================

PRESENT:

**HON. DAVID T. BRISTOW, MAGISTRATE JUDGE**

| S. Lorenzo | n/a |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:              ATTORNEYS PRESENT FOR DEFENDANT(S):

None present                                                              None present

**PROCEEDINGS: (IN CHAMBERS) ORDER RE DEFENDANTS' MOTION TO DISMISS [DKT # 70]**

**Defendants' Motion to Dismiss**

Defendants the Honorable Michael E. Whitaker, Judge of the Superior Court of California, County of Los Angeles and Superior Court of California, County of Los Angeles, erroneously sued as, Superior Court of Los Angeles have appeared and filed a Motion to Dismiss ("Motion").  Plaintiff is ordered to serve and file his opposition (if any) to the Motion on or before March 5, 2024.  Unless the Court orders otherwise, defendants shall not file a reply to plaintiff's opposition.  The Motion will be taken under submission as of the date plaintiff's opposition is due and/or filed and will be decided on the papers without oral argument.  See Local Rule 7-15.  Accordingly, the hearing noticed for March 14, 2024, is ordered off calendar.