Name: Todd Michael Schmitz
Address: 715 N. Doheny #105
West Hollywood, CA 90069
Phone: 213-435-5447
Fax:

In Pro Per

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

The Conservatorship of
Britney Lee Spears
                    Plaintiff
          v.
Britney Lee Spears
                    Defendant(s).

CASE NUMBER: 2:23-cv-10715-JAK
(JAK) BT10B722-DTB

Affidavit in Support
of "NO SHOW"
By Judge Gutierrez.

*(Enter document title in the space provided above)*

I care to ~~speak~~ testify on behalf of myself and Britney Lee Spears in support of the above RICO is occurring at CA Superior Court; Get Gutierrez. Mr. Britney did not show. Is Gutierrez related to Hannah Gutierrez Reed? I have that question. See Ex. A.

Feb 2nd 2024

[signature]

Page Number

CV-127 (09/09)        PLEADING PAGE FOR A SUBSEQUENT DOCUMENT



Todd Michael Schultz
818 N Doheny Dr #1108
West Hollywood, CA 90069
in pro per

## DISTRICT COURT OF CALIFORNIA
## CENTRAL DISTRICT - LOS ANGELES

PLAINTIFF

TODD MICHAEL SCHULTZ

vs.

DEFENDANTS

LA SUPERIOR COURT

STACEY DOE

JOHN DOE

JUDGE MICHAEL E WHITAKER

2:23-cv-10715-JAK-DTB

AFFIDAVIT IN SUPPORT OF MS. BRITNEY JEAN SPEARS AND THE LA SUPERIOR COURT

## MEMORANDUM

It is my experience that the LA Superior and CA Superior court system has committed RICO in respect to my case 23SMCV05033 and conspired to fix the system. I surmise, easily, that this is similar to what must have occured in the operation and execution of the unlawful conservatorship placed on Ms. Spears for 13 years. I believe the two things are deeply and unarguably connected and an inquiry on RICO on behalf of the courts as it relates to Ms. Spears case is warranted immediately.

Dated Wed January 17th   Signed by Todd Michael Schultz in Pro Per