SARAH L. OVERTON (SBN 163810)
LINDSAY N. FRAZIER-KRANE (SBN 251631)
CUMMINGS, MCCLOREY, DAVIS, ACHO & ASSOCIATES, P.C.
3801 University Avenue, Suite 560
Riverside, CA 92501
(951) 276-4420
(951) 276-4405 fax
lkrane@cmda-law.com

Attorneys for Defendants,
the Honorable Michael E. Whitaker,
Judge of the Superior Court of California,
County of Los Angeles; and
Superior Court of California, County of Los Angeles,
erroneously sued as, Superior Court of Los Angeles

# UNITED STATED DISTRICT COURT

# CENTRAL DISTRICT

| | |
|---|---|
| TODD MICHAEL SCHULTZ;<br><br>Plaintiff,<br><br>v.<br><br>SUPERIOR COURT OF LOS ANGELES, et al.,<br><br>Defendants. | Case No.: 2:23−cv−10715−JAK−DTB<br><br>**NOTICE OF NON-OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(b)(1) AND 12(b)(6)**<br><br>**[Related to Documents 70, 71]**<br><br>Judge    :    David T. Bristow |

**TO THE HONORABLE COURT AND PLAINTIFF, PRO SE:**

    **PLEASE TAKE NOTICE** that no written opposition has been filed by plaintiff Todd Michael Schultz to the motion to dismiss the complaint filed by defendants the Honorable Michael E. Whitaker, Judge of the Superior Court of California, County of Los Angeles ("Judge Whitaker"); and Superior Court of California, County of Los Angeles, erroneously sued as, Superior Court of Los Angeles ("Superior Court"). Plaintiff's opposition was due March 5, 2024, pursuant

**Cummings, McClorey, Davis, Acho & Associates, P.C.**
3801 University Avenue, Suite 560
Riverside, CA 92501
Telephone (951) 276-4420
Facsimile (951) 276-4405

1

**NOTICE OF NON-OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FRCP 12(b)(1) AND 12(b)(6)**

{notice of non-opposition.final-1 }

to the February 5, 2024 (In Chambers) Order Re: Defendants' Motion to Dismiss [Dkt. 70].

United States District Court, Central District of California Local Rule 7-12 states "[t]he failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion . . ." CD CA Local Rule 7-12; *see also Ghazali v. Moran*, 46 F.3d 52, 53-54 (9th Cir. 1995) ("Failure to follow a district court's local rules is a proper ground for dismissal.") Additionally, pro se litigants are bound by the rules of procedure. *Ghazali v. Moran*, 46 F.3d at 54. Thus, plaintiff's failure to file an opposition to the motion to dismiss may be deemed consent to grant defendants' motion to dismiss. Although plaintiff is in pro se he is not excused from abusing by the rules of procedure.

As set forth in the motion to dismiss, in addition to being frivolous and wholly without merit, the complaint is barred by the Eleventh Amendment. Additionally, this lawsuit is barred by absolute judicial and quasi-judicial immunity. Finally, the complaint fails to state a claim upon which relief can be granted against Judge Whitaker and the Superior Court. As further amendment of the complaint could not cure these defects, the motion to dismiss should be granted and the complaint dismissed without leave to amend.

Dated: May 21, 2024        CUMMINGS, MCCLOREY, DAVIS, ACHO & ASSOCIATES

By:   /s/ Lindsay N. Frazier-Krane
       Lindsay N. Frazier-Krane, Esq.
       Attorneys for Defendants,
       the Honorable Michael E. Whitaker,
       Judge of the Superior Court of California,
       County of Los Angeles; and
       Superior Court of California,
       County of Los Angeles, erroneously sued as,
       Superior Court of Los Angeles

**Cummings, McClorey, Davis, Acho & Associates, P.C.**
3801 University Avenue, Suite 560
Riverside, CA 92501
Telephone (951) 276-4420
Facsimile (951) 276-4405

2

**NOTICE OF NON-OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FRCP 12(b)(1) AND 12(b)(6)**

{notice of non-opposition.final-1 }

## PROOF OF SERVICE

I, the undersigned, declare as follows:

I am employed in the County of Riverside, State of California. I am over the age of 18 years, and not a party to the within action. I am an employee of or agent for Cummings, McClorey, Davis, Acho & Associates, P.C., 3801 University Avenue, Suite 560, Riverside, California 92501.

I hereby certify that on May 21, 2024, I electronically filed the foregoing **NOTICE OF NON-OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(b)(1) AND 12(b)(6) [Related to Documents 70, 71],** with the Clerk of the Court by using the CM/ECF system. I certify that participants in the case that are registered CM/ECF users will receive service that will be accomplished by the CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by USPS, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

Todd Michael Schultz
818 North Doheny Drive, Unit 1108
West Hollywood, CA 90069

Executed on May 21, 2024, in Riverside, California. I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

/s/ Charmaine Apacible
Charmaine Apacible