UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| TODD MICHAEL SCHULTZ,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>SUPERIOR COURT OF LOS ANGELES, et al.,<br><br>　　　　Defendants. | Case No. 2:23-cv-10715-JAK (DTB)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. No Objection to the Report and Recommendation have been filed herein. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

　　　IT THEREFORE IS ORDERED that Judgment be entered granting defendants' Motions to Dismiss (Docket Nos. 5, 8, 10-11, and 13) dismissing plaintiff's claims without leave to amend and dismissing this action with prejudice.

Dated: July 02, 2024

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JOHN A. KRONSTADT
　　　　　　　　　　　　　　　　　　　　United States District Judge