JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | | |
|---|---|---|
| TODD MICHAEL SCHULTZ, | ) | Case No. 2:23-cv-10715-JAK (DTB) |
| | ) | |
| Plaintiff, | ) | **J U D G M E N T** |
| | ) | |
| v. | ) | |
| | ) | |
| SUPERIOR COURT OF LOS | ) | |
| ANGELES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.

Dated: __July 02, 2024__        _____

JOHN A. KRONSTADT
United States District Judge

1